**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

**CASE NUMBER: CV 06-04435 PVT**
**CASE TITLE: SEC-v-GREGORY L REYES**

REASSIGNMENT ORDER
General Order 44, Sec.E.4.

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is related to C-05-2233CRB and reassigned to the Honorable CHARLES R. BREYER for all further proceedings.

Counsel are instructed that all future filings shall bear the new initials CRB immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: July 25, 2006

United States District Judge

New Case File Clerk:
Copies to : Courtroom Deputies
Special Projects
Log Noted
Entered in computer

Transferring Case Systems Administrator:
Copies to : All Counsel
Recipient (Accepting) CSA