SUSAN F. LA MARCA (Cal. Bar No. 215231)
  lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
  leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
  fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile:  (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DATE FOR HEARING PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES<br><br>Current Date: Oct. 20, 2006<br>Proposed New Date: November 3, 2006<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>    (Hon. Charles R. Breyer<br>     United States District Judge) |

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes, Stephanie Jensen and Antonio Canova (the "Parties") by and through their respective counsel, hereby stipulate as follows:

### STIPULATION

1.  The Commission Court has noticed for hearing on October 20, 2006 its Motion to Strike Certain Affirmative Defenses in the answers of defendants Reyes and Jensen.

2.  Lead trial counsel for defendant Reyes is not available on October 20, 2006, due to previously scheduled commitments.

Stipulation and [Proposed] Order to Change Date for            1
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB

3. The next Friday on which counsel for each of the Parties will be available is November 3, 2006.

4. The Commission and defendants Reyes and Jensen agree that, with additional time to confer, the Parties may be able to narrow or limit the issues before the Court on the Commission's Motion to Strike, and they are currently in discussions in that regard. The Parties therefore agree that the date by which defendants must file their responses to the Commission's Motion should also be moved to October 13, 2006, which is 20 days before the above proposed hearing date.

5. The Parties therefore stipulate and agree and respectfully seek leave of the Court to move the date for hearing the Commission's Motion to Strike to November 3, 2006 at 10:00 a.m.

6. The Commission and defendants Reyes and Jensen further stipulate and agree and respectfully seek leave of the Court to change the deadline for filing responses to the Commission's Motion to Strike to October 13, 2006.

IT IS SO STIPULATED:

Dated: Sept. 28, 2006        _____
                              Susan F. LaMarca
                              SECURITIES AND EXCHANGE COMMISSION

Dated: _____        _____
                              Richard Marmaro
                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: _____        _____
                              Michael D. Celio
                              KEKER & VAN NEST LLP

Dated: _____        _____
                              Norman J. Blears
                              HELLER EHRMAN LLP

Stipulation and [Proposed] Order to Change Date for                    2
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB

3. The next Friday on which counsel for each of the Parties will be available is November 3, 2006.

4. The Commission and defendants Reyes and Jensen agree that, with additional time to confer, the Parties may be able to narrow or limit the issues before the Court on the Commission's Motion to Strike, and they are currently in discussions in that regard. The Parties therefore agree that the date by which defendants must file their responses to the Commission's Motion should also be moved to October 13, 2006, which is 20 days before the above proposed hearing date.

5. The Parties therefore stipulate and agree and respectfully seek leave of the Court to move the date for hearing the Commission's Motion to Strike to <u>November 3, 2006</u> at 10:00 a.m.

6. The Commission and defendants Reyes and Jensen further stipulate and agree and respectfully seek leave of the Court to change the deadline for filing responses to the Commission's Motion to Strike to <u>October 13, 2006</u>.

IT IS SO STIPULATED:

Dated: Sept. 28, 2006

*Susan F. LaMarca*
Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION

Dated: 9/28/06

*Richard Marmaro/wbw*
Richard Marmaro
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: _____

_____
Michael D. Celio
KEKER & VAN NEST LLP

Dated: _____

_____
Norman J. Blears
HELLER EHRMAN LLP

Stipulation and [Proposed] Order to Change Date for      2
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB

3. The next Friday on which counsel for each of the Parties will be available is November 3, 2006.

4. The Commission and defendants Reyes and Jensen agree that, with additional time to confer, the Parties may be able to narrow or limit the issues before the Court on the Commission's Motion to Strike, and they are currently in discussions in that regard. The Parties therefore agree that the date by which defendants must file their responses to the Commission's Motion should also be moved to October 13, 2006, which is 20 days before the above proposed hearing date.

5. The Parties therefore stipulate and agree and respectfully seek leave of the Court to move the date for hearing the Commission's Motion to Strike to <u>November 3, 2006</u> at 10:00 a.m.

6. The Commission and defendants Reyes and Jensen further stipulate and agree and respectfully seek leave of the Court to change the deadline for filing responses to the Commission's Motion to Strike to <u>October 13, 2006</u>.

IT IS SO STIPULATED:

Dated: Sept. 28, 2006

Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION

Dated: _____

Richard Marmaro
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: Sept. 28, 2006

Michael D. Celio
KEKER & VAN NEST LLP

Dated: _____

Norman J. Blears
HELLER EHRMAN LLP

Stipulation and [Proposed] Order to Change Date for   2
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB

3. The next Friday on which counsel for each of the Parties will be available is November 3, 2006.

4. The Commission and defendants Reyes and Jensen agree that, with additional time to confer, the Parties may be able to narrow or limit the issues before the Court on the Commission's Motion to Strike, and they are currently in discussions in that regard. The Parties therefore agree that the date by which defendants must file their responses to the Commission's Motion should also be moved to October 13, 2006, which is 20 days before the above proposed hearing date.

5. The Parties therefore stipulate and agree and respectfully seek leave of the Court to move the date for hearing the Commission's Motion to Strike to <u>November 3, 2006</u> at 10:00 a.m.

6. The Commission and defendants Reyes and Jensen further stipulate and agree and respectfully seek leave of the Court to change the deadline for filing responses to the Commission's Motion to Strike to <u>October 13, 2006</u>.

IT IS SO STIPULATED:

Dated: Sept. 28, 2006

_____
Susan F. LaMarca
SECURITIES AND EXCHANGE COMMISSION

Dated: _____

_____
Richard Marmaro
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: _____

_____
Michael D. Celio
KEKER & VAN NEST LLP

Dated: 9/28/06

_____
Norman J. Blears
HELLER EHRMAN LLP

Stipulation and [Proposed] Order to Change Date for     2
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB

1
2  **IT IS SO ORDERED.**
3
4
5  Dated: _Oct. 03, 2006_ _
6                                    Charles R. Breyer
7                                    UNITED STATES DISTRICT

*IT IS SO ORDERED*
*Judge Charles R. Breyer*
(Seal: United States District Court, Northern District of California)

Stipulation and [Proposed] Order to Change Date for        3
Hearing Pl. Motion to Strike
SEC v. Reyes, et al., No. C-06-4435 CRB