RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>Defendants. | CASE NO. C06-04435 CRB<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE;** [PROPOSED] **ORDER THEREON**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

## STIPULATION

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes, Stephanie Jensen and Antonio Canova ("defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Case Management Conference is currently scheduled for October 20, 2006.

2. Lead trial counsel for Mr. Reyes is not available on October 20, 2006, due to a previously scheduled commitment.

3. The next date on which counsel for the Commission and each of the defendants will be available is December 1, 2006.

4. The Commission and defendants therefore agree and respectfully seek the Court's approval to continue the Case Management Conference to December 1, 2006, at 8:30 a.m.

5. The parties further agree to file a Joint Case Management Conference Statement by November 21, 2006.

**IT IS HEREBY STIPULATED** that, subject to the Court's approval, the Case Management Conference be held on December 1, 2006, at 8:30 a.m.; and the parties' Joint Case Management Conference Statement will be filed on November 21, 2006.

DATED: October __, 2006            SECURITIES AND EXCHANGE COMMISSION

                                   By:_____
                                        Susan F. LaMarca
                                        Attorneys for Securities and Exchange Commission

DATED: October 9, 2006             SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                   By: /s/ Richard Marmaro
                                        Richard Marmaro
                                        Attorneys for Defendant Gregory L. Reyes

---

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

## STIPULATION

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes, Stephanie Jensen and Antonio Canova ("defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Case Management Conference is currently scheduled for October 20, 2006.

2. Lead trial counsel for Mr. Reyes is not available on October 20, 2006, due to a previously scheduled commitment.

3. The next date on which counsel for the Commission and each of the defendants will be available is December 1, 2006.

4. The Commission and defendants therefore agree and respectfully seek the Court's approval to continue the Case Management Conference to December 1, 2006, at 8:30 a.m.

5. The parties further agree to file a Joint Case Management Conference Statement by November 21, 2006.

**IT IS HEREBY STIPULATED** that, subject to the Court's approval, the Case Management Conference be held on December 1, 2006, at 8:30 a.m.; and the parties' Joint Case Management Conference Statement will be filed on November 21, 2006.

DATED: October 5, 2006          SECURITIES AND EXCHANGE COMMISSION

                                By: _____
                                     Susan F. LaMarca
                                Attorneys for Securities and Exchange Commission


DATED: October __, 2006         SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                                By: _____
                                     Richard Marmaro
                                Attorneys for Defendant Gregory L. Reyes

---

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED: October 9, 2006 | KEKER & VAN NEST, LLP |
| 3 | | |
| 4 | | By: /s/ Jan Nielsen Little (for) |
| 5 | | Jan Nielsen Little |
| | | Attorneys for Defendant Stephanie Jensen |

DATED: October __, 2006           HELLER EHRMAN, LLP

                                  By:_____
                                      Norman J. Blears
                                      Attorneys for Defendant Antonio Canova

```
 1   DATED: October __, 2006        KEKER & VAN NEST, LLP
 2
 3
                                    By:_____
 4                                          Jan Nielsen Little
                                      Attorneys for Defendant Stephanie Jensen
 5
 6
 7   DATED: October 9, 2006         HELLER EHRMAN, LLP
 8
 9                                  By:_____
                                            Norman J. Blears
10                                    Attorneys for Defendant Antonio Canova
```

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be held on December 1, 2006, at 8:30 a.m. The parties' Joint Case Management Conference Statement will by filed by November 21, 2006.

DATED: October 06, 2006       By:_____
                              HONORABLE CHARLES R. BREYER
                              United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer

[PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB