*Prepared by*
NORMAN J. BLEARS (Bar No. 95600)
ALEXANDER M. R. LYON (Bar No. 211274)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: +1.650.324.7000
Facsimile: +1.650.324.0638

Attorneys for Defendant
ANTONIO CANOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN, <br><br> Defendants. | Civil Action No.: C-06-4435 CRB <br><br> [~~PROPOSED~~] **ORDER EXTENDING DEFENDANT ANTONIO CANOVA'S TIME TO RESPOND TO COMPLAINT** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The Court has considered the Stipulation of defendant Antonio Canova and plaintiff Securities and Exchange Commission extending Mr. Canova's time to respond to the Complaint in this action (Docket no. 37). Pursuant to the Stipulation and good cause appearing therefor, IT IS HEREBY ORDERED that the answer or other response of Mr. Canova to the Complaint shall be due November 15, 2006.

Dated: __October 06_____, 2006    _____
THE HONORABLE CHARLES R. BREYER
United States District Judge



2
[PROPOSED] ORDER EXTENDING DEFT. CANOVA'S TIME TO RESPOND TO COMPLAINT
C-06-4435 CRB