RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>     vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>                Defendants. | CASE NO. C06-04435 CRB<br><br>**STIPULATED REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

## STIPULATION

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes, Stephanie Jensen and Antonio Canova ("defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Case Management Conference is currently scheduled for October 20, 2006.

2. Lead trial counsel for Mr. Reyes is not available on October 20, 2006, due to a previously scheduled commitment.

3. The next date on which counsel for the Commission and each of the defendants will be available is December 1, 2006.

4. The Commission and defendants therefore agree and respectfully seek the Court's approval to continue the Case Management Conference to December 1, 2006, at 8:30 a.m.

5. The parties further agree to file a Joint Case Management Conference Statement by November 21, 2006.

**IT IS HEREBY STIPULATED** that, subject to the Court's approval, the Case Management Conference be held on December 1, 2006, at 8:30 a.m.; and the parties' Joint Case Management Conference Statement will be filed on November 21, 2006.

DATED: October __, 2006        SECURITIES AND EXCHANGE COMMISSION


By:_____
   Susan F. LaMarca
Attorneys for Securities and Exchange Commission


DATED: October 9, 2006        SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


By: /s/ Richard Marmaro
    Richard Marmaro
Attorneys for Defendant Gregory L. Reyes

---

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

## STIPULATION

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes, Stephanie Jensen and Antonio Canova ("defendants") by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Case Management Conference is currently scheduled for October 20, 2006.

2. Lead trial counsel for Mr. Reyes is not available on October 20, 2006, due to a previously scheduled commitment.

3. The next date on which counsel for the Commission and each of the defendants will be available is December 1, 2006.

4. The Commission and defendants therefore agree and respectfully seek the Court's approval to continue the Case Management Conference to December 1, 2006, at 8:30 a.m.

5. The parties further agree to file a Joint Case Management Conference Statement by November 21, 2006.

**IT IS HEREBY STIPULATED** that, subject to the Court's approval, the Case Management Conference be held on December 1, 2006, at 8:30 a.m.; and the parties' Joint Case Management Conference Statement will be filed on November 21, 2006.

DATED: October 5, 2006            SECURITIES AND EXCHANGE COMMISSION

By: _____
   Susan F. LaMarca
   Attorneys for Securities and Exchange Commission

DATED: October __, 2006           SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: _____
   Richard Marmaro
   Attorneys for Defendant Gregory L. Reyes

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

1
2   DATED: October 9, 2006          KEKER & VAN NEST, LLP
3
4                                   By: _____
                                        Jan Nielsen Little
5                                   Attorneys for Defendant Stephanie Jensen
6
7   DATED: October __, 2006         HELLER EHRMAN, LLP
8
9                                   By:_____
                                        Norman J. Blears
10                                  Attorneys for Defendant Antonio Canova
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

| | | |
|---|---|---|
| 1 | DATED: October __, 2006 | KEKER & VAN NEST, LLP |
| 2 | | |
| 3 | | |
| 4 | | By:_____<br>Jan Nielsen Little<br>Attorneys for Defendant Stephanie Jensen |
| 5 | | |
| 6 | | |
| 7 | DATED: October 9, 2006 | HELLER EHRMAN, LLP |
| 8 | | |
| 9 | | By: _[signature]_____<br>Norman J. Blears<br>Attorneys for Defendant Antonio Canova |
| 10 | | |

STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE; CASE NO. C06-04435 CRB

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED** that the Case Management Conference be held on December 1, 2006, at 8:30 a.m.  The parties' Joint Case Management Conference Statement will by filed by November 21, 2006.

DATED: October 11, 2006        By:_____
HONORABLE CHARLES R. BREYER
United States District Judge



IT IS SO ORDERED
Judge Charles R. Breyer