**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**THE HONORABLE CHARLES R. BREYER**
Courtroom Clerk: **Barbara Espinoza**

**CRIMINAL PRETRIAL MINUTES**

Date: **October 4, 2006**

Reporter **Juanita Gonzalez**

**Case No: CR- 06-0556- CRB**

**DEFT: GREGORY REYES, STEPHANIE JENSEN**
(X)Present ()Not Pres ( )In Custody

AUSA: Chris Steskal

DEF ATTY: Richard Marmaro, Jan Nielsen Little

**REASON FOR HEARING** Status Conference

D's Motion for Order Permitting Issuance of Rule 17(c) Subpoenas

**RESULT** The Court grants D's Motion - orders signed in open court. Jury trial dates set. Counsel are to workout motion dates. The Court grants US Attorney's Motion to Intervene and denies Motion to Stay Discovery with the stipulation that the U.S. Attorney's Office may be present at deposition but is not to participate (filed under C-06-4435CRB).

Time excluded from 10/04/20066 through 5/15/2007

Motions (if any) to be filed no later than ____________________
Motions to be noticed to be heard no later than __________________ otherwise, they will be deemed to be waived.

**Case Continued to** May 15, 2007 @ 2:30 p.m. **for** Pre Trial Conference
June 11, 2007 @ 8:30 a.m. **for** Jury Selection
June 18, 2007 @ 8:30 a.m. **for** Jury Trial

**JUDGMENT**______________________________

Notes:______________________________