RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN<br><br>Defendants. | CASE NO. C 06-04435 CRB<br><br>STIPULATION AND [PROPOSED] ORDER WITHDRAWING PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES |

Plaintiff Securities and Exchange Commission (the "Commission") and defendants Gregory L. Reyes and Stephanie Jensen (collectively, the "Parties") by and through their respective counsel, hereby stipulate as follows:

STIPULATION

1. The Parties agree that the Commission's Motion to Strike Certain Affirmative Defenses in the answers of defendants Reyes and Jensen, which is currently set for hearing on November 3, 2006 at 10:00 a.m., shall be withdrawn.

2.    In accordance with Rule 15(a) of the Federal Rules of Civil Procedure, the Parties further agree to the filing of amended answers by defendants Reyes and Jensen in the form of Exhibits A and B, hereto, which amended answers shall be deemed filed and served on the date the Court enters its order pursuant to this Stipulation.

3.    The Commission reserves its right to file a motion to strike the affirmative defenses set forth in the amended answers attached as Exhibits A and B, hereto, pursuant to Rule 12(f) of the Federal Rules of Civil Procedure.

4.    The Commission agrees that this agreement shall be without prejudice to Mr. Reyes's and Ms. Jensen's respective rights to seek leave to amend their answers to assert any defenses that discovery reveals would be appropriate, and the Commission will not use this agreement to oppose the filing of any such amended answers.

IT IS SO STIPULATED:

Dated: 10/13/2006     _____
                               Susan F. LaMarca
                               SECURITIES AND EXCHANGE COMMISSION

Dated: 10/13/06     _____
                               Richard Marmaro
                               SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated: _____
                               Michael D. Celio
                               KEKER & VAN NEST LLP

**IT IS SO ORDERED.**

Dated: October 19, 2006     _____
                                      Charles R. Breyer
                                      UNITED STATES

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*

STIPULATION AND [PROPOSED] ORDER WITH PLAINTIFF'S MOTION TO STRIKE CERTAIN AFFIRMATIVE DEFENSES; NO. C 06-04435 CRB
2

425587-Los Angeles Server 1A - MSW