IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>GREGORY L. REYES et al.,<br><br>　　　　Defendants.　　　　　　　／ | No. C 06-04435 CRB<br><br>**ORDER** |

　　　Now pending before the Court are two motions filed by Plaintiff. The first is a motion for a protective order. The second is a motion to shorten time for a hearing on the first. Both motions pertain to a dispute about whether Defendants may use, disseminate, or disclose a two-page document, inadvertently disclosed by the Securities and Exchange Commission, which contains e-mails circulated among various SEC attorneys and bears the Bates stamp numbers OPT-000402 and OPT-000403. Plaintiff contends that the document is privileged attorney work-product and may not be used by the Defendants.

　　　The Court hereby DENIES the motion to shorten time. It is unclear to the Court how the proverbial cat, having already been let out of the bag, could cause Plaintiff any prejudice while the parties argue about what to do with it. An expedited schedule is therefore unnecessary and unwarranted under Local Rule 6-3(a). Until the Court rules on the motion for a protective order, however, Defendants are hereby ORDERED to refrain from using, disseminating, or disclosing the disputed document. Plaintiff is hereby ORDERED to file,

under seal, a copy of the disputed two-page disclosure not later than Wednesday, December 13, 2006.

Plaintiff's motion for a protective order shall be heard on Friday, January 5, 2007, at 10:00am, in Courtroom 19, at 450 Golden Gate Avenue, San Francisco, California, 94109. Any Defendant opposing the motion shall file a brief in opposition not later than Wednesday, December 13, 2006.  Plaintiff shall file its reply, if necessary, not later than Wednesday, December 20, 2006.

**IT IS SO ORDERED.**

Dated: November 28, 2006

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE