**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **December 1, 2006**

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

Attorneys: Susan LaMarca, Susan Fleischman — Richard Marmaro, Ronda McKaig, Michael Celio, Jan Little, Norman Blears, Alexander Lyon

Deputy Clerk: **BARBARA ESPINOZA** Reporter: **N/A**

**PROCEEDINGS:** **RULING:**

1. Initial Case Management t Conference - Held ______

2. ______ ______

3. ______ ______

**ORDERED AFTER HEARING:**

______

______

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ______

( ) CASE CONTINUED TO ______ for ______

Discovery Cut-Off ______ Expert Discovery Cut-Off ______

Plntf to Name Experts by ______ Deft to Name Experts by ______

P/T Conference Date ______ Trial Date ______ Set for ______ days

Type of Trial: ( )Jury ( )Court

Notes: ______

______

______