IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff,<br><br>   v.<br><br>GREGORY L. REYES, et al.,<br><br>            Defendants.                              / | No. C 06-04435 CRB<br><br>**ORDER** |

Now pending before the Court is a motion filed by third-party Morrison & Foerster to quash subpoenas served by Defendant Gregory Reyes under Rule 30(b)(6). The instant motion was filed on the same day that this Court issued an order in a related criminal case, United States v. Reyes, No. 06-0556 CRB (Docket No. 94) (N.D. Cal. Dec. 22, 2006). The Court's order addressed many of the arguments raised by the pending motion, including the privileged, or non-privileged, nature of the subpoenaed material. In light of the Court's order, the pending motion in this civil case in hereby DENIED without prejudice.

Morrison & Foerster may refile its motion to quash the Rule 30(b)(6) subpoenas, addressing any new issues or adjusting its arguments as necessary in response to the Court's December 22, 2006, order. Morrison & Foerster shall file its amended motion not later than Friday, January 12, 2007.

1 **IT IS SO ORDERED.**

3 Dated: January 5, 2007

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE