RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

vs.

GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN

Defendants.

CASE NO. C 06-04435 CRB

**STIPULATION AND ~~[PROPOSED]~~ ORDER RE: BRIEFING SCHEDULE FOR MOTION TO QUASH OF MORRISON & FOERSTER**

**STIPULATION**

Defendant Gregory L. Reyes and third party Morrison & Foerster ("Morrison"), by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**

1. Mr. Reyes served Morrison with a Rule 30(b)(6) deposition subpoena and a document subpoena in November and December of 2006; and

2. Morrison filed a motion to quash both subpoenas on December 22, 2006; and

3. The parties previously agreed that the Rule 30(b)(6) deposition of Morrison would go forward on February 6, 2007, after the issues in the motion to quash had been resolved by the Court; and

4. The Court denied Morrison's motion to quash without prejudice on January 5, 2007, and ordered Morrison to file an amended motion by January 12, 2007; and

5. An expedited briefing schedule is needed so that the Court can rule on the issues raised by Morrison's motion to quash, and the Rule 30(b)(6) deposition can still go forward as scheduled on February 6, 2007.

**IT IS HEREBY STIPULATED** that, subject to the Court's approval, the briefing schedule and hearing will be as follows:

1. January 12, 2007 – Morrison will file and serve its motion to quash
2. January 18, 2007 – Mr. Reyes will file and serve his opposition
3. January 24, 2007 – Morrison will file and serve its reply brief
4. January 26, 2007 – the hearing on the motion will take place at 10:00 a.m.

DATED: January 9, 2007

FARELLA BRAUN + MARTEL, LLP

By:_______________/s/_________________

Douglas R. Young
Attorneys for Morrison & Foerster LLP

DATED: January 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/
Ronda J. McKaig
Attorneys for Defendant Gregory L. Reyes

**IT IS SO ORDERED.**

Dated: January 10, 2007

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Charles R. Breyer

Charles R. Breyer
UNITED [illegible] JUDGE

I, Richard Marmaro, am the ECF User whose identification and password are being used to file this STIPULATION AND [PROPOSED] ORDER RE: BRIEFING SCHEDULE FOR MOTION TO QUASH OF MORRISON & FOERSTER. In compliance with General Order 45.X.B., I hereby attest that each of the signatories have concurred in this filing.

DATED: January 9, 2007

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

/s/ Richard Marmaro
Richard Marmaro