IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

        Plaintiff,

  v.

GREGORY L. REYES, et al.,

        Defendants.

No. C 06-04435 CRB

**ORDER**

Now pending before the Court are two motions filed by Defendants: (1) a motion "to compel deposition testimony, for an evidentiary hearing, and for other appropriate remedies," and (2) a second motion to hear the first on an expedited schedule. The Court hereby GRANTS Defendants' request for an expedited hearing. The SEC shall file its opposition to the first motion not later than 5:00 p.m. on Wednesday, January 31, 2007. Defendants shall file their reply, if one is necessary, not later than 5:00 p.m. on Thursday, February 1, 2007.

**IT IS SO ORDERED.**

Dated: January 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4435\order2.wpd