RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
RYAN H. WEINSTEIN (Bar No. 240405)
rweinste@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
cgunther@skadden.com
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>Defendants. | CASE NO. C 06-04435 CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT GREGORY L. REYES'S APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON GREGORY L. REYES'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON THE ELEMENT OF MATERIALITY**<br><br>Date: March 16, 2007<br>Time: 10:00 am<br>Judge: Hon. Charles R. Breyer<br>Dept.: 8, 19th Floor |

Defendant Gregory L. Reyes's Application for Leave to Exceed Page Limit on Gregory L. Reyes's Motion for Partial Summary Judgment on the Element of Materiality was presented to the Court, the Honorable Charles R. Breyer presiding. After consideration of the Application, as well as the pleadings and papers filed in this action, and good cause appearing, the Application for leave to exceed the 25-page limit for Gregory L. Reyes's Motion for Partial Summary Judgment on the Element of Materiality by 8 pages is GRANTED for the reasons stated in Mr. Reyes's Application.

IT IS SO ORDERED.

Dated: Feb. 7, 2007




HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

SKADDEN ARPS SLATE MEAGHER & FLOM LLP

By: /s/ Richard Marmaro__________
RICHARD MARMARO
Attorneys for Defendant
GREGORY L. REYES