SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR PLAINTIFF'S RULE 56(f) MOTION ON BRIEFING SCHEDULE FOR MOTION FOR PARTIAL SUMMARY JUDGMENT |

## STIPULATION

Pursuant to Local Rule 6-1 of the Northern District of California, plaintiff Securities and Exchange Commission ("Commission") and defendants Gregory L. Reyes ("Reyes"), Antonio Canova ("Canova") and Stephanie Jensen ("Jensen") (together, "Defendants") stipulate to hear on shortened time the Commission's motion under Rule 56(f) for a continuation of the hearing date on the Motion for Partial Summary Judgment and for a cap on deposition discovery during March and April 2007 as follows:

1.   Reyes filed the Motion for Partial Summary Judgment (relating to materiality) on the night of February 5, 2007 and set the hearing for March 16, 2007. Canova and Jensen have joined in the motion.

2.   Under the Local Rules, the Commission's opposition is due on February 23, 2007. The parties agree that some continuance of the partial summary judgment hearing date is appropriate and have discussed additional time for the Commission's opposition and the Defendants' reply, but have not reached an agreement. More specifically, the Commission's Rule 56(f) motion will propose a May 11, 2007 hearing date on the partial summary judgment motion, with an April 20, 2007 opposition date and an April 27, 2007 reply date; by comparison, the Defendants' opposition papers will propose an April 27, 2007 hearing date on the partial summary judgment motion, with a March 26, 2007 opposition date and an April 20, 2007 reply date. The parties have also discussed the Commission's proposal for a cap on deposition discovery during the months of March and April 2007, but are in disagreement with the Defendants objecting to any cap on depositions.

3.   So that the parties' competing proposals regarding (i) a hearing date and briefing schedule for Motion for Partial Summary Judgment and (ii) a cap on deposition discovery during March and April 2007 may be presented to the Court for a decision in an expeditious fashion, the Commission and Defendants stipulate that the Commission's motion regarding these procedural issues may be heard on the following shortened schedule:

   A.   The Commission will file its Rule 56(f) motion on shortened time on Monday, February 12, 2007 by 5:00 p.m.

   B.   Defendants will file their opposition to the Rule 56(f) motion on Tuesday, February 20, 2007 by 5:00 p.m.

   C.   The Commission will file its reply on the Rule 56(f) motion on Tuesday, February 27, 2007 by 5:00 p.m.

D.   The hearing on the Commission's Rule 56(f) motion shall be at 10:00 a.m. on Friday, March 2, 2007.

4. The date for filing the Commission's opposition papers to the partial summary judgment motion shall be continued from February 23, 2007 to such date as the Court sets when it decides the Rule 56(f) motion.

IT IS SO STIPULATED:

Dated:   2/12/2007        /s/   John S. Yun
                          John S. Yun
                          SECURITIES AND EXCHANGE COMMISSION

Dated:   2/12/2007        /s/Jack P. DiCanio
                          Jack P. DiCanio
                          SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

Dated:   2/12/2007        /s/Jan Little
                          Jan Little
                          KEKER & VAN NEST LLP

Dated:   2/12/2007        /s/ Norman J. Blears
                          Norman J. Blears
                          HELLER EHRMAN LLP

### ORDER SHORTENING TIME

The parties having stipulated to this schedule and good cause appearing, it is hereby order that:

A.   The Commission will file its Rule 56(f) motion on shortened time on Monday, February 12, 2007 by 5:00 p.m.

B.   Defendants will file their opposition to the Rule 56(f) motion on Tuesday, February 20, 2007 by 5:00 p.m.

      C.      The Commission will file its reply on the Rule 56(f) motion on Tuesday, February 27, 2007 by 5:00 p.m.

      D.      The hearing on the Commission's Rule 56(f) motion shall be at 10:00 a.m. on Friday, March 2, 2007.

The date for filing the Commission's opposition papers to the partial summary judgment motion shall be continued from February 23, 2007 to such date as the Court sets when it decides the Rule 56(f) motion.

**IT IS SO ORDERED.**

Dated: __Feb. 14, 2007__          _____
                                   Charles R. Breyer
                                   UNITED STATES

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA; stamp: IT IS SO ORDERED, signed Judge Charles R. Breyer]*