Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
James C. Mann (State Bar No. 221603)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
Email:    dyoung@fbm.com
          wkeane@fbm.com
          jmann@fbm.com

Attorneys for Third-Party
MORRISON & FOERSTER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN and ANTONIO CANOVA,<br><br>Defendants. | Case No.  C 06-04435 CRB<br><br>**STIPULATION AND [PROPOSED] CONFIDENTIALITY ORDER**<br><br>Dept.:     Courtroom 8, 19th Floor<br>Judge:    Honorable Charles R. Breyer |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

In order to protect the confidentiality of confidential information subpoenaed by defendants Gregory L. Reyes and Stephanie Jensen in this case, Plaintiff Securities & Exchange Commission; Defendants Gregory L. Reyes, Stephanie Jensen, and Antonio Canova; and Third-Parties Morrison & Foerster LLP, PricewaterhouseCoopers (PwC), and Brocade Communications Systems, Inc. ("Brocade") hereby agree as follows:

1. Morrison & Foerster and PwC may designate as "confidential" (by stamping the relevant page or as otherwise set forth herein) any document or response to a subpoena which it considers in good faith to contain: (i) information involving trade secrets, or confidential business or financial information, subject to protection under the Federal Rules of Civil Procedure or California law; or (ii) confidential information of a person that is protected by a

21447\1157859.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB

right of privacy under applicable law.  Where a document or response consists of more than one page, the first page and each page on which confidential information appears shall be so designated.

2. Morrison & Foerster and PwC may designate information disclosed during a deposition as "confidential" by so indicating on the record at the deposition and requesting the preparation of a separate transcript of such material.  Additionally, Morrison & Foerster and PwC may designate in writing, within twenty (20) days after receipt of the deposition transcript for which the designation is proposed, that specific pages of the transcript be treated as "confidential" information.  Any party may object to such proposal in writing or on the record.  Upon such objection, the procedures described in paragraph 7 below shall be followed.  After any designation made according to the procedure set forth in this paragraph, the designated documents or information shall be treated according to the designation until the matter is resolved according to the procedures described in paragraph 7 below.

3. All information produced by Morrison & Foerster and PwC in the course of this case (other than information that is publicly available) shall be used solely for the purpose of this case and any related civil or criminal proceeding currently pending.

4. Except with the prior written consent of Morrison & Foerster or PwC, or upon prior order of this Court obtained upon notice to Morrison & Foerster and PwC, anything designated as confidential pursuant to the terms of this Order ("Confidential Information") shall not be disclosed to any person other than:

   (a) counsel for the respective parties to this litigation who have agreed to be bound by the terms of this Order, including defendants' counsel and counsel for the Securities and Exchange Commission;

   (b) employees of such counsel;

   (c) individual defendants, to the extent deemed necessary by counsel for the prosecution or defense of this litigation;

   (d) consultants or expert witnesses retained for the prosecution or defense of this litigation, provided that each such person shall execute a copy of the

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Certification annexed to this Order (which shall be retained by counsel to the party so disclosing the Confidential Information and made available for inspection during the pendency or after the termination of the action upon good cause shown and upon order of the Court) before being shown or given any Confidential Information and provided that if the party chooses a consultant or expert employed by one of Brocade's competitors or customers, the party shall notify Brocade before disclosing any Confidential Information to that individual and shall give Brocade an opportunity to move for a protective order preventing or limiting such disclosure;

  (e) any authors or recipients of the Confidential Information;

  (f) the Court, Court personnel and court reporters; and

  (g) witnesses, at deposition and/or trial, only to the extent necessary to give their testimony.  At the request of any party, the portion of the transcript involving the Confidential Information shall be designated "Confidential" pursuant to paragraph 2 above.  Witnesses shown Confidential Information shall not be allowed to retain copies; nor shall the witnesses' counsel.

  5. Any persons receiving Confidential Information shall not reveal or discuss such information to or with any person who is not entitled to receive such information, except as set forth herein.

  6. For applications and motions to the Court on which a party submits Confidential Information, all documents and chamber copies containing Confidential Information which are submitted to the Court shall be filed with the Court in sealed envelopes or other appropriate sealed containers.  On the outside of the envelopes, a copy of the first page of the document shall be attached.  If Confidential Information is included in the first page attached to the outside of the envelopes, it may be deleted from the outside copy.  The word "CONFIDENTIAL" shall be stamped on the envelope and a statement substantially in the following form shall also be printed

1  on the envelope:

> This envelope is sealed pursuant to order of the Court, contains Confidential Information and is not to be opened or the contents revealed, except by Order of the Court or agreement by the parties.

In the event that the Clerk's Office refuses to accept a document filed under seal, the filing party shall, not later than the next business day, file a notice indicating which documents the party attempted to file. The filing party shall also serve a copy of the rejected filing by overnight mail on Morrison & Foerster, PwC, and Brocade. If Morrison & Foerster, PwC, or Brocade want to contest the public filing of the document they must file a motion to that effect within five (5) business days of the initial filing date. If no motion is received, the filing party may file the document publicly within seven (7) business days of the initial filing. If a motion is filed to permit the filing to be made under seal, the filing party may not file the document with the confidential material included therein until the motion is resolved. This procedure shall not affect any Court order or other rule regarding the scheduling for future filings.

7. If a party contends that any material is not entitled to confidential treatment, such party may at any time give written notice to Morrison & Foerster and PwC. Morrison & Foerster or PwC shall have twenty-five (25) days from the receipt of such written notice to apply to the Court for an order designating the material as confidential.

8. Notwithstanding any challenge to the designation of material as Confidential Information, all documents designated as confidential shall be treated as such and shall be subject to the provisions hereof unless and until one of the following occurs:

    (a) Morrison & Foerster or PwC withdraws such designation in writing; or

    (b) Morrison & Foerster or PwC fails to apply to the Court for an order designating the material confidential within the time period specified above after receipt of a written challenge to such designation; or

    (c) the Court rules the material is not Confidential Information.

9. All provisions of this Order restricting the communication or use of Confidential Information shall continue to be binding after the conclusion of this action and any related criminal or civil action, unless otherwise agreed or ordered. Upon conclusion of the litigation, a

- 4 -   21447\1157859.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB

1 party in the possession of Confidential Information, other than that which is contained in
2 pleadings, correspondence and transcripts, shall either (a) return such documents to counsel for
3 the party or non-party who provided such information no later than thirty (30) days after a request
4 by such counsel, or (b) destroy such documents within ninety (90) days following the conclusion
5 of this action and all appeals and certify in writing within thirty (30) days following destruction
6 that the documents have been destroyed.

7     10. If confidential information is inadvertently produced without marking it as such, it
8 may be disclosed to others until the receiving party becomes aware of the error. As soon as the
9 receiving party becomes aware of the inadvertent production, the information must be treated as
10 though it had been timely designated under this Confidentiality Order, and the receiving party
11 must endeavor in good faith to obtain all copies of the documents that it distributed or disclosed
12 to persons not authorized by Paragraphs 4 herein, as well as any copies made by such persons.

13     11. Nothing herein shall be deemed to waive any applicable privilege or work-product
14 protection, or to affect the ability of a party to seek relief for an inadvertent disclosure of material
15 protected by privilege or work-product protection.

16     12. This Confidentiality Order shall not apply to or affect the use of information
17 already in the possession of a party or obtained by a party outside the course of discovery in this
18 litigation.

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 5 -  21447\1157859.1

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB

| | |
|---|---|
| DATED: February 22, 2007 | FARELLA BRAUN + MARTEL LLP |
| | By: /s/ |
| | Douglas R. Young |
| | Attorneys for Third-Party<br>MORRISON & FOERSTER LLP |
| DATED: February 22, 2007 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | By: /s/ |
| | Jack DiCanio |
| | Attorneys for Defendant<br>GREGORY L. REYES |
| DATED: February 22, 2007 | HELLER EHRMAN LLP |
| | By: /s/ |
| | Norman J. Blears |
| | Attorneys for Defendant<br>ANTONIO CANOVA |
| DATED: February 22, 2007 | KEKER & VAN NEST LLP |
| | By: /s/ |
| | Jan Nielsen Little |
| | Attorneys for Defendant<br>STEPHANIE JENSEN |
| DATED: February 22, 2007 | SECURITIES & EXCHANGE COMMISSION |
| | By: /s/ |
| | Susan Fleischmann |
| | Attorneys for Plaintiff<br>SECURITIES & EXCHANGE COMMISSION |

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 6 -   21447\1157859.1

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB

| | | |
|---|---|---|
| 1 | DATED: February 22, 2007 | DAVIS POLK & WARDWELL |
| 2 | | |
| 3 | | By: _____/s/_____<br>Jared R. Winnick |
| 4 | | Attorneys for Third-Party<br>PRICEWATERHOUSECOOPERS |
| 5 | | |
| 6 | DATED: February 22, 2007 | WILSON SONSINI GOODRICH & ROSATI |
| 7 | | |
| 8 | | By: _____/s/_____<br>Caz Hashemi |
| 9 | | |
| 10 | | Attorneys for Third-Party<br>BROCADE COMMUNICATIONS SYSTEMS, INC. |

I attest that concurrence in the filing of the above stipulation has been obtained from all counsel listed above.

DATED: February 22, 2007        FARELLA BRAUN + MARTEL LLP

By: _____/s/_____
Douglas R. Young

Attorneys for Third-Party
MORRISON & FOERSTER LLP

Provided that all requests to file any material under seal comports with Local Rule 79-5, **THE FOREGOING STIPULATION IS APPROVED AND IS SO ORDERED.**

DATED: <u>February 26</u>, 2007

_____
The Honorable Charles R. Breyer
United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

## APPENDIX A

<u>CERTIFICATION</u>

I hereby certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of the Confidentiality Stipulation and Order dated _____ in *Securities and Exchange Commission v. Gregory L. Reyes, Stephanie Jensen and Antonio Canova,* Case No. C 06-04435 CRB (N.D. Cal.). I have been given a copy of that Order and read it. I agree to be bound by the Order. I will not reveal the Confidential Information to anyone, except as allowed by the Order. I will maintain all such Confidential Information -- including copies, notes or other transcriptions made therefrom -- in a secure manner to prevent unauthorized access to it. No later than thirty (30) days after the conclusion of this action, I will return the Confidential Information -- including copies, notes or other transcriptions made therefrom -- to the counsel who provided me with the Confidential Information. I hereby consent to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the Confidentiality Order.

SIGNATURE: _____

DATED: _____

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
(415) 954-4400

- 8 -   21447\1157859.1

Stipulation And [Proposed] Confidentiality Order
Court Case No. C 06-04435 CRB