SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>~~[PROPOSED~~] ORDER ON PLAINTIFF'S RULE 56(f) MOTION TO CONTINUE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT |

This matter came before the Court on the motion of plaintiff Securities and Exchange Commission ("Commission") to continue the hearing on defendant Reyes' motion for partial summary judgment (in which the other defendants join) and for orders regarding discovery and briefing. The Court having considered the moving and opposition papers filed by the parties and having considered the arguments of counsel, and finding good cause to grant the requested relief, grants the motion. Therefore,

**IT IS SO ORDERED** that the hearing on the motion for partial summary judgment is continued to May 11, 2007 at 10:00 a.m. in this Court. ~~All discovery in the action will be suspended until the Commission files its opposition to partial summary judgment~~. The Commission shall file its

opposition papers not later than April 20, 2007. Defendants shall file their reply papers, if any, not later than May 4, 2007.

Dated: Feb. 27, 2007

UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
IT IS SO ORDERED AS MODIFIED
Judge Charles R. Breyer
NORTHERN DISTRICT OF CALIFORNIA