1  SUSAN F. LA MARCA (Cal. Bar No. 215231)
   lamarcas@sec.gov
2  JOHN S. YUN (Cal. Bar No. 112260)
   yunj@sec.gov
3  WILLIAM T. SALZMANN (Cal. Bar No. 205808)
   salzmannw@sec.gov
4  JENNIFER L. SCAFE (Cal. Bar No. 194649)
   scafej@sec.gov
5
6  Attorneys for Plaintiff
   SECURITIES AND EXCHANGE COMMISSION
7  44 Montgomery Street, Suite 2600
   San Francisco, California 94104
8  Telephone: (415) 705-2500
   Facsimile: (415) 705-2501

             UNITED STATES DISTRICT COURT

             NORTHERN DISTRICT OF CALIFORNIA

             SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME PURSUANT TO L.R. 6-2**<br><br>Date: March 23, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8 |

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Gregory L. Reyes, by and through their respective counsel of record, hereby stipulate and move this Court for an order shortening time to brief and hear the Commission's Motion to Compel Production of Documents filed concurrently with this Stipulation.

By its Motion to Compel, the Commission seeks the production of certain documents from Defendant Reyes' expert witnesses whose declarations support Defendants' pending Motion for Partial Summary Judgment on the Element of Materiality. The Commission submits that, in order to avoid prejudice, it requires the Court to resolve the issue sufficiently before the Commission's depositions of the experts, currently noticed for the weeks of March 26 and April 2. The Commission's opposition to Defendants' Motion for Partial Summary Judgment is due by April 20, 2007. Counsel for Defendant Reyes has agreed to the Commission's request for an expedited briefing and hearing schedule.

The Commission and Defendant Reyes have each once previously requested the Court to hear a motion on shortened time. The relief requested by this Stipulation will not require any alteration of the schedule in this case.

The parties have stipulated to the following schedule for briefing and hearing the above-referenced motion:

**1.** **The Commission shall file and serve its Motion to Compel on March 12, 2007.**
**2.** **Defendant Reyes shall file and serve his opposition to the Motion to Compel on or before March 19, 2007 at noon.**
**3.** **The Commission shall file and serve its reply brief on or before March 21, 2007.**
**4.** **The hearing on the Motion to Compel shall take place on March 23, 2007 at 10:00 a.m.**

1  The parties request that the Court adopt the above stipulated schedule as the Order of this
2  Court.

3  Respectfully submitted,

5  Dated: March 12, 2007           /s/_____
                                   Jennifer L. Scafe
6                                  Attorney for Plaintiff
                                   SECURITIES AND EXCHANGE COMMISSION

8  Dated: March 12, 2007           /s/_____
                                   Jack P. DiCanio
9                                  SKADDEN, ARPS, SLATE, MEAGHER
                                     & FLOM LLP
10                                 Attorney for Defendant
                                   GREGORY L. REYES

13  I, Jennifer L. Scafe, am the ECF User whose ID and password are being used to file this
14  Stipulation and [Proposed] Order to Shorten Time Pursuant to L.R. 6-2.  In compliance with General
15  Order X.B., I hereby attest that Jack DiCanio has concurred in this filing.

17  Dated: March 12, 2007           /s/_____
                                   Jennifer L. Scafe
18                                 Attorney for Plaintiff
                                   SECURITIES AND EXCHANGE COMMISSION

## **ORDER**

22  PURSUANT TO STIPULATION, IT IS SO ORDERED.

26  Dated: March  16 , 2007         _____
                                   Hon. Charles R. Breyer
27                                 UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*