RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
MATTHEW E. SLOAN (Bar. No. 165165)
matthew.sloan@skadden.com
SEAN R. COUTAIN (Bar. No. 230844)
scoutain@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA,<br><br>Defendants. | CASE NO. C06-04435 CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT GREGORY L. REYES'S EX PARTE APPLICATION TO MODIFY THE PROPOSED ORDER GRANTING REYES'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL AND IN CAMERA THE DECLARATION OF RICHARD MARMARO IN SUPPORT OF REYES'S OPPOSITION TO NON-PARTY JOHN POTTER'S MOTION TO QUASH**<br>Date: March 30, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

The Court has carefully considered Defendant Gregory L. Reyes's Ex Parte Application To Modify The Proposed Order Granting Reyes's Administrative Motion To File Under Seal And In Camera The Declaration Of Richard Marmaro In Support Of Reyes's Opposition To Non-Party John Potter's Motion To Quash, and the papers filed herein. With good cause appearing, IT IS HEREBY ORDERED that the motion is GRANTED. Accordingly, defendant Gregory L. Reyes may provide the Marmaro Declaration to non-party John Potter and his counsel, but the Marmaro Declaration will be filed *under seal* and *in camera* and will not be disclosed to any other parties.

DATED: March 20, 2007

By:________________________________
HONORABLE CHARLES R. BREYER
United States District Court Judge




Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By: /s/ Richard Marmaro
Richard Marmaro
Attorneys for Defendant Gregory L. Reyes