**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 23, 2007**

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

Attorneys: Susan LaMarca, William Salzman — Jan Little-Jensen, Steven Ragland, Andrea Brown, Jack Decanio, Matt Sloan, Ryan Weinstein, Diane Doolittle

Deputy Clerk: **BARBARA ESPINOZA** Reporter: **Belle Ball**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. Motion to Quash Subpoena (Potter's) | Granted |
| 2. Motion to Compel | |
| 3. | |

**ORDERED AFTER HEARING:**

Motion to Quash Subpoena granted without prejudice to refiling subsequent to criminal trial. Counsel to produce all documents. In camera submissions by 3/27/2007

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ____________________

( ) CASE CONTINUED TO ____________ for ____________________

Discovery Cut-Off ____________________ Expert Discovery Cut-Off ____________

Plntf to Name Experts by ________________ Deft to Name Experts by ____________

P/T Conference Date __________ Trial Date __________ Set for _____ days

Type of Trial: ( )Jury ( )Court

Notes: ____________________________________________