IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>  v.<br><br>GREGORY L. REYES, et al.,<br><br>    Defendants._____/ | No. C 06-04435 CRB<br><br>**ORDER** |

The parties are hereby ORDERED to appear before the Court on Monday, April 9, 2007, at 12:15 p.m. for a status conference regarding the parties' ongoing dispute about the scope of discovery required under Rule 26(a)(2)(B). The parties may appear telephonically, if necessary.

**IT IS SO ORDERED.**

Dated: April 6, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4435\order6.wpd