SUSAN F. LA MARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
JOHN S. YUN (Cal. Bar No. 112260)
 yunj@sec.gov
WILLIAM T. SALZMANN (Cal. Bar No. 205808)
 salzmannw@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>    Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>    Defendants. | Civil Action No. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME PURSUANT TO L.R. 6-2**<br><br>Date: April 27, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8 |

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Securities and Exchange Commission (the "Commission"), Defendant Gregory L. Reyes, and Intervenor the United States of America, by and through their respective counsel of record, hereby stipulate and move this Court for an order shortening time to brief and hear Motion of Intervenor United States for Protective Order, currently noticed to be heard on May 25, 2007.

By its Motion for Protective Order, the United States seeks, and the Commission joins in seeking, a protective order prohibiting defendants from obtaining discovery pursuant to four April 13, 2007 subpoenas issued to persons designated as expert witnesses by the United States in *United States v. Reyes and Jensen,* Case No. CR-06-556-CRB, specifically John Garvey, Patricia McConnell, Lee Seidler, and Susan Woodward. To allow resolution of this issue prior to Reyes' May 4, 2007 deadline to file his reply brief in the pending motion for summary judgment, counsel for Reyes, the Commission, and the United States agree to the following expedited briefing and hearing schedule.

The Commission and Defendant Reyes have each twice previously requested the Court to hear a motion on shortened time. The relief requested by this Stipulation will not require any alteration of the schedule in this case.

The parties have stipulated to the following schedule for briefing and hearing the above-referenced motion:

1. **The Commission shall file its Joinder in the Motion for Protective Order on April 18, 2007.**
2. **Defendant Reyes shall file and serve his opposition to the Motion for Protective Order on or before April 20, 2007.**
3. **The United States and the Commission shall file and serve their respective reply briefs on or before April 24, 2007.**
4. **The hearing on the Motion for Protective Order shall take place on April 27, 2007 at 10:00 a.m.**

The parties request that the Court adopt the above stipulated schedule as the Order of this Court.

Respectfully submitted,

Dated: April 18, 2007        /s/  Susan F. LaMarca
                             Susan F. LaMarca
                             Attorney for Plaintiff
                             SECURITIES AND EXCHANGE COMMISSION

Dated: April 18, 2007        /s/  Timothy P. Crudo
                             Timothy P. Crudo
                             ASSISTANT UNITED STATES ATTORNEY

Dated: April 18, 2007        /s/  Christopher Gunther
                             Christopher Gunther
                             SKADDEN, ARPS, SLATE, MEAGHER
                               & FLOM LLP
                             Attorney for Defendant
                             GREGORY L. REYES

I, Susan F. LaMarca, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Shorten Time Pursuant to L.R. 6-2.  In compliance with General Order X.B., I hereby attest that Timothy Crudo and Christopher Gunther have concurred in this filing.

Dated: April 18, 2007        /s/  Susan F. LaMarca
                             Susan F. LaMarca
                             Attorney for Plaintiff
                             SECURITIES AND EXCHANGE COMMISSION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April  20 , 2007         _____
                                Hon. Charles R. Breyer
                                UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED* — Judge Charles R. Breyer (seal: United States District Court, Northern District of California)