| | |
|---|---|
| 1 | MARC J. FAGEL (Cal. Bar No. 154425) |
| 2 | SUSAN F. LA MARCA (Cal. Bar No. 215231)<br>  lamarcas@sec.gov |
| 3 | JOHN S. YUN (Cal. Bar No. 112260)<br>  yunj@sec.gov |
| 4 | ROBERT S. LEACH (Cal Bar. No. 196191)<br>  leachr@sec.gov |
| 5 | WILLIAM T. SALZMANN (Cal. Bar No. 205808)<br>  salzmannw@sec.gov |
| 6 | Attorneys for Plaintiff |
| 7 | SECURITIES AND EXCHANGE COMMISSION<br>44 Montgomery Street, Suite 2600 |
| 8 | San Francisco, California  94104<br>Telephone:  (415) 705-2500 |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

Facsimile:   (415) 705-2501

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>     vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA,<br>and  STEPHANIE JENSEN,<br><br>          Defendants. | Civil Action No. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER GRANTING LEAVE TO EXCEED**<br>**PAGE LIMIT OF PLAINTIFF SECURITIES**<br>**AND EXCHANGE COMMISSION'S**<br>**OPPOSITION TO MOTION FOR PARTIAL**<br>**SUMMARY JUDGMENT**<br><br>Date:  May 11, 2007<br>Time:  10:00 a.m.<br>Courtroom: 8 |

**STIPULATION**

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Gregory L. Reyes, by and through their respective counsel of record, hereby stipulate and ask this Court for an order allowing the Commission leave to exceed the 25-page limit, by no more than 15 pages, in its brief in Opposition to Defendant Reyes's Motion for Partial Summary Judgment.

The Court granted leave to Defendant to file a memorandum in support of his Motion for Partial Summary Judgment in excess of the 25-page limit.  The Commission needs to exceed the page limit of its opposition brief to fully address Defendant Reyes's 34-page opening brief.

Respectfully submitted,

Dated: April 24, 2007            /s/ William T. Salzmann_____
                                 William T. Salzmann
                                 Attorney for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

Dated: April 24, 2007            /s/ Christopher J. Gunther_____
                                 Christopher J. Gunther
                                 SKADDEN, ARPS, SLATE, MEAGHER
                                   & FLOM LLP
                                 Attorney for Defendant
                                 GREGORY L. REYES

I, William T. Salzmann, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Shorten Time Pursuant to L.R. 6-2.  In compliance with General Order X.B., I hereby attest that Christopher Gunther has concurred in this filing.

Dated: April 24, 2007            /s/William T Salzmann_____
                                 William T. Salzmann
                                 Attorney for Plaintiff
                                 SECURITIES AND EXCHANGE COMMISSION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April __25_, 2007



_____
Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE