NORMAN J. BLEARS (Bar No. 95600)
ROBERT B. BUEHLER (*pro hac vice motion pending*)
ROBIN E. WECHKIN (*pro hac vice motion pending*)
ALEXANDER M. R. LYON (Bar No. 211274)
ANDREA L. BROWN (Bar No. 237629)
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA 94025-3506
Telephone: +1.650.324.7000
Facsimile: +1.650.324.0638
Email: norman.blears@hellerehrman.com
robert.buehler@hellerehrman.com
robin.wechkin@hellerehrman.com
alexander.lyon@hellerehrman.com
andrea.brown@hellerehrman.com

Attorneys for Defendant
ANTONIO CANOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No.: C-06-4435 CRB<br><br>**~~[PROPOSED]~~ ORDER GRANTING DEFENDANT ANTONIO CANOVA'S APPLICATION FOR LEAVE TO EXCEED PAGE LIMIT ON CANOVA'S MOTION FOR SUMMARY JUDGMENT REGARDING SCIENTER**<br><br>Date: June 8, 2007<br>Time: 9:00 a.m.<br>Before: Hon. Charles R. Breyer, Courtroom 8, 19th Floor |

Defendant Antonio Canova's Application for Leave to Exceed Page Limit on the Memorandum of Points and Authorities in support of his Motion for Summary Judgment Regarding Scienter was presented to the Court, the Honorable Charles R. Breyer presiding. After consideration of the Application, as well as the pleadings and papers filed in this action, and good cause appearing, the Application for leave to exceed the 25-page limit for Antonio Canova's Motion for Summary Judgment Regarding Scienter by 10 pages is GRANTED for the reasons stated in Mr. Canova's Application.

IT IS SO ORDERED.




HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

May 1, 2007
Dated: ~~April _____, 2007~~