RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
RONDA J. MCKAIG (Bar No. 216267)
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
cgunther@skadden.com
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant GREGORY L. REYES

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>Defendants. | CASE NO. C 06-04435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE OF REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: May 11, 2007<br>Time: 10:00 am<br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE OF REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; NO. C 06-04435 CRB**

Plaintiff Securities and Exchange Commission (the "Commission"), defendants Gregory L. Reyes, Antonio Canova and Stephanie Jensen, by and through their respective counsel, hereby agree and stipulate as follows:

## STIPULATION

WHEREAS under the current briefing schedule for Mr. Reyes's motion for partial summary judgment, Mr. Reyes's reply brief is due on Friday, May 4, 2007; and

WHEREAS the depositions of the Commission's three designated experts cited in opposition to Mr. Reyes's partial summary judgment motion will take place on May 1, May 2 and May 4, 2007, without subpoenas; and

WHEREAS Mr. Reyes needs time to incorporate arguments from the depositions of the Commission's experts into his reply brief; and

WHEREAS the parties seek to keep the hearing date on the motion for partial summary judgment as May 11, 2007;

IT IS HEREBY AGREED AND RESOLVED that Mr. Reyes's reply brief in support of his motion for partial summary judgment on the issue of materiality, and any joinder thereto, will be due on Monday, May 7, 2007, and the hearing date shall remain on May 11, 2007.

| | |
|---|---|
| April 30, 2007 | SECURITIES AND EXCHANGE COMMISSION |
| | __/s/_____<br>John Yun<br>Attorney for Securities and Exchange Commission |
| April 30, 2007 | SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP |
| | __/s/_____<br>Richard Marmaro<br>Attorney for Gregory L. Reyes |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE OF REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; NO. C 06-04435 CRB**
1

| | | |
|---|---|---|
| 1 | April 30, 2007 | KEKER & VAN NEST LLP |
| 2 | |   /s/ |
| 3 | | Jan N. Little |
| | | Attorney for Stephanie Jensen |
| 4 | | |
| 5 | April 30, 2007 | HELLER EHRMAN LLP |
| 6 | | |
| 7 | |   /s/ |
| | | Michael E. Liftik |
| 8 | | Attorney for Antonio Canova |

**STIPULATION AND [PROPOSED] ORDER TO EXTEND DUE DATE OF REPLY BRIEF IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT; NO. C 06-04435 CRB**

2

## ~~[PROPOSED]~~ ORDER

For good cause, the reply brief of Gregory L. Reyes in support of his motion for partial summary judgment on the issue of materiality, and any joinder thereto, shall be due on Monday, May 7, 2007, and the hearing date shall remain on May 11, 2007.

**IT IS SO ORDERED.**

Dated: May 1, 2007

*[Signed: Judge Charles R. Breyer, United States District Court, Northern District of California — IT IS SO ORDERED]*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Christopher J. Gunther (admitted *Pro Hac Vice*)
Jack P. DiCanio
Ronda J. McKaig

By: /s/ Richard Marmaro
    RICHARD MARMARO
    Attorneys for Defendant
    GREGORY L. REYES

1 | I, Richard Marmaro, am the ECF User whose identification and password are being used to file this Stipulation and [Proposed] Order to Extend Due Date of Reply Brief in Support of Motion for Partial Summary Judgment.  In compliance with General Order 45.X.B., I hereby attest that Jon Yun, Jan Little, and Michael E.Liftik have concurred in this filing.

DATED: April 30, 2007              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP


                               /s/ Richard Marmaro
                                 Richard Marmaro