RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

CHRISTOPHER J. GUNTHER (admitted *Pro Hac Vice*)
cgunther@skadden.com
4 Times Square
New York, New York 10036
Tel: (212) 735-3000
Fax: (212) 735-2000

Attorneys for Defendant Gregory L. Reyes

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                    Plaintiff,<br><br>    vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>                    Defendants. | CASE NO. C 06-04435 CRB<br><br>**REQUEST FOR PERMISSION TO USE ELECTRONIC EQUIPMENT; and**<br><br>**[PROPOSED] ORDER GRANTING PERMISSION TO USE ELECTRONIC EQUIPMENT**<br><br>Date:      May 11, 2007<br>Time:     2:00 p.m.<br>Judge:    Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

**REQUEST AND [PROPOSED] ORDER GRANTING PERMISSION TO USE ELECTRONIC EQUIPMENT;   CASE NO. C 06-04435 CRB**

**REQUEST FOR PERMISSION TO USE ELECTRONIC EQUIPMENT**

Gregory L. Reyes requests permission to use electronic equipment during the hearing on his Motion for Partial Summary Judgment on the Element of Materiality, scheduled to be held on May 11, 2007 at 2:00 pm. The equipment Mr. Reyes requests permission to use is as follows: four (4) laptop computers, one(1) digital projector, one (1) projection screen, one (1) audio speaker, and miscellaneous cables and connectors.

**[PROPOSED] ORDER**

Having considered the request for permission to use electronic equipment during the hearing on Mr. Reyes's Motion for Partial Summary Judgment on the Element of Materiality scheduled to be held May 11, 2007 at 2:00 pm, and for good cause appearing, permission to use the requested equipment in Courtroom 8 is **GRANTED**. The equipment to be used is as follows: four (4) laptop computers, one (1) digital projector, one (1) projection screen, one (1) audio speaker, and miscellaneous cables and connectors.

**IT IS SO ORDERED**.

Dated: May  9 , 2007

_____
HONORABLE CHARLES R. BREYER
Judge of the United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

Respectfully submitted:

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:        /s/ Richard Marmaro
         RICHARD MARMARO
     Attorneys for Defendant Gregory L. Reyes

**REQUEST AND [PROPOSED] ORDER GRANTING PERMISSION TO USE ELECTRONIC EQUIPMENT; CASE NO. C 06-04435 CRB**
2