SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
scafej@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>**AMENDED STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME PURSUANT TO L.R. 6-2**<br><br>Date: May 18, 2007<br>Time: 10:00 a.m.<br>Courtroom: 8 |

**STIPULATION**

Pursuant to Local Rule 6-2, Plaintiff Securities and Exchange Commission (the "Commission") and Defendant Antonio Canova, by and through their respective counsel of record, hereby stipulate and move this Court for an order shortening time to brief and hear the Commission's Motion to Deny Defendant Canova's Summary Judgment Motion, or Alternatively, to Continue Hearing ("Rule 56(f) Motion"), filed concurrently with this Stipulation.

On April 27, 2007, defendant Canova filed a Motion for Summary Judgment re Scienter with a noticed hearing date of June 8, 2007. In response to defendant Canova's summary judgment motion, the Commission has filed a motion pursuant to Rule 56(f) of the Federal Rules of Civil Procedure asserting that defendant Canova's summary judgment motion is premature, as discovery in the case is continuing.

The parties request that the Court hear the Commission's Rule 56(f) Motion on shortened time so that it may be fairly and expediently resolved in advance of the noticed June 8, 2007 hearing date of defendant Canova's summary judgment motion.

The Commission has previously requested the Court to hear two motions on shortened time. The relief requested by this Stipulation will not require any alteration of the schedule in this case.

The parties have stipulated to the following schedule for briefing and hearing the above-referenced motion:

1. **The Commission shall file and serve its Rule 56(f) Motion on May 10, 2007.**

2. **Defendant Canova shall file and serve his opposition to the Rule 56(f) Motion on ~~May 16, 2007.~~ May 14, 2007 (CRB)**

3. **The Commission shall file and serve its reply brief on ~~May 17, 200~~7.**  May 15, 2007 (CRB)

4. **The hearing on the Rule 56(f) Motion shall take place on May 18, 2007 at 10:00 a.m.**

The parties request that the Court adopt the above stipulated schedule as the Order of this Court.

Respectfully submitted,

Dated: May 10, 2007

/s/_____
Jennifer L. Scafe
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

Dated: May 10, 2007

/s/_____
Norman J. Blears
Robin E. Wechkin
HELLER EHRMAN LLP
Attorney for Defendant
ANTONIO CANOVA

I, Jennifer L. Scafe, am the ECF User whose ID and password are being used to file this Stipulation and [Proposed] Order to Shorten Time Pursuant to L.R. 6-2. In compliance with General Order X.B., I hereby attest that Robin Wechkin has concurred in this filing.

Dated: May 10, 2007

/s/_____
Jennifer L. Scafe
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.  **as amended.**

Dated: May ____, 2007

Hon. Charles R. Breyer
UNITED STATES DISTRICT JUDGE

[STAMP: IT IS SO ORDERED AS MODIFIED / Judge Charles R. Breyer / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]