**MINUTES**

**Judge CHARLES R. BREYER**

Date: May 11, 2007

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. REYES, ET AL**

**CR-06-0556** CRB

**UNITED STATES OF AMERICA v REYES, ETAL.**

Attorneys: Susan LaMarca/John Yun ______ Michael Liftk, Chris Gunther, Richard Marmaro
Jan Little ______

Tim Crudo/Adam Reeves ______ ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **James Yeomans** ______

**PROCEEDINGS:** **RULING:**

1. D's Motion for Partial Summary Judgment ______ Submitted

2. D's Motion to Strike Objections ______ Submitted

3. D's Motion to Preclude the Gov't from Constructively Amending the Indictment Denied

**ORDERED AFTER HEARING:**

______

______

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____
( ) Referred to Magistrate Judge For: ______

( ) CASE CONTINUED TO ______ for ______

Discovery Cut-Off ______ Expert Discovery Cut-Off ______
Plntf to Name Experts by ______ Deft to Name Experts by ______
P/T Conference Date ______ Trial Date ______ Set for _______ days
Type of Trial: ( )Jury ( )Court

Notes: The Court advises all parties that his law clerk who has been working on these matters has accepted a position of employment with the law firm of Munger, Tolles & Olsen. ______