RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
DOUGLAS B. ADLER (Bar No. 130749
dadler@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
TASNEEM DOHADWALA (Bar No. 218067)
tdohadwa@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>Defendants. | CASE NO. C06-04435 CRB<br><br>**STIPULATED REQUEST TO SET BRIEFING SCHEDULE AND HEARING ON MOTION TO QUASH SUBPOENAS TO DEUTSCHE BANK AND MERRILL LYNCH; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Charles R. Breyer<br>Courtroom: 8, 19th Floor |

**STIPULATION**

Plaintiff Securities and Exchange Commission (the "Commission") and defendant Gregory L. Reyes, by and through their respective counsel, hereby stipulate as follows:

**WHEREAS**:

1. The Commission served subpoenas to third-parties Deutsche Bank and Merrill Lynch on May 4, 2007;

2. Mr. Reyes intends to file a motion to quash these subpoenas;

3. The Commission and Mr. Reyes have agreed upon a briefing schedule for the motion to quash as follows:

    (a) Mr. Reyes shall file an opening brief on the motion to quash on Friday, May 18, 2007.

    (b) The Commission shall file its opposition on Friday, May 25, 2007.

    (c) Mr. Reyes shall file a reply on Friday, June 1, 2007.

4. The Commission and Mr. Reyes respectfully seek the Court's approval to set a hearing on the motion to quash on June 8, 2007, at 10:00 a.m.

**IT IS SO STIPULATED.**

DATED: May __, 2007    SECURITIES AND EXCHANGE COMMISSION

By:    /s/ Susan Fleischmann
    Susan Fleischmann
    Attorneys for Securities and Exchange Commission

DATED: May __, 2007    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

By:    /s/ Douglas B. Adler
    Douglas B. Adler
    Attorneys for Defendant Gregory L. Reyes

**IT IS SO ORDERED.**

DATED: May 17, 2007    By:_____
    HONORABLE CHARLES R. BREYER
    United States District Court

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Charles R. Breyer]*