**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **May 18, 2007**

**CRB-06-04435**

**SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

Attorneys: Susan LaMarca, Susan Fleischman — Elizabeth Hanlan, Michael Celio

Jennifer Scafe ________ — Robin Wechkin, Norman Blears

Deputy Clerk: **BARBARA ESPINOZA** ________ Reporter: **Kathy Wyatt**

| **PROCEEDINGS:** | **RULING:** |
|---|---|
| 1. P's Mtn to Deny Canova's Summary Judgment Mtn or Continue Hearing | ________ |
| 2. ________________________________ | ________ |
| 3. ________________________________ | ________ |

**ORDERED AFTER HEARING:**

The Court grants the plaintiff's motion to continue and sets the defendant's summary judgment motion for August 24, 2007 @ 10:00 a.m.

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ________________________________

( ) CASE CONTINUED TO ________________ for ________________________

Discovery Cut-Off ________________ Expert Discovery Cut-Off ________________
Plntf to Name Experts by ________________ Deft to Name Experts by ________________
P/T Conference Date ____________ Trial Date ____________ Set for _______ days
Type of Trial: ( )Jury ( )Court

Notes: ________________________________________________

________________________________________________

________________________________________________