SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
PATRICK T. MURPHY (Admitted in New York)
murphyp@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov
JENNIFER L. SCAFE (Cal. Bar No. 194649)
scafej@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>~~[PROPOSED]~~ ORDER GRANTING SECURITIES AND EXCHANGE COMMISSION'S MOTION TO EXCEED THE PAGE LIMIT (IN OPPOSING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT)<br><br>Date: June 15, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

The Court, having considered the Securities and Exchange Commission's motion to exceed the page limit in filing its brief in opposition to Gregory L. Reyes' Motion for Summary Judgment, as well as the papers and pleadings filed in this action, and good cause appearing there from, the motion is hereby GRANTED.

**IT IS SO ORDERED**.

Dated: _May 25, 2007__

______________________________
Charles R. Breyer
UNITED STATES DISTRICT JUDGE

