1  Anthony I. Fenwick  (Bar No. 158667)
   Davis Polk & Wardwell
2  1600 El Camino Real
   Menlo Park, California  94025
3  Telephone: (650) 752-2000
   Facsimile:  (650) 752-2111
4  Email:   afenwick@dpw.com

5

6  Attorneys for Third-Party
   PRICEWATERHOUSECOOPERS LLP

7

8                  UNITED STATES DISTRICT COURT

9                  NORTHERN DISTRICT OF CALIFORNIA

10                     SAN FRANCISCO DIVISION

11

12 | SECURITIES AND EXCHANGE        | Case No.  C 06-04435 CRB
   | COMMISSION,                    |
13 |                                | [PROPOSED] ORDER GRANTING
   |         Plaintiff,             | ADMINISTRATIVE MOTION FOR
14 |                                | FILING DOCUMENT UNDER SEAL
   |    vs.                         |
15 |                                | Date:   June 15, 2007
   | GREGORY L. REYES, STEPHANIE    | Time:   10:00 a.m.
16 | JENSEN and ANTONIO CANOVA,     | Dept.:  Courtroom 8, 19th Floor
   |                                | Judge:  The Honorable Charles R. Breyer
17 |         Defendants.            |

18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING DOC UNDER SEAL
Case No. C 06-04435 CRB

1  The Court considered the Securities & Exchange Commission's Administrative Motion
2  For Filing Document Under Seal dated May 25, 2007 and the supporting documents, as well as
3  the Declaration of David A. Stier in support thereof, and with good cause appearing, IT IS
4  HEREBY ORDERED that the motion is GRANTED.

6  DATED: June 5  , 2007        By: _____
7                                    HONORABLE CHARLES R. BREYER

8  Respectfully submitted,

10  Davis Polk & Wardwell

11  By: /s/Anthony I. Fenwick

12      Anthony I. Fenwick
13      Attorneys for Third-Party
        PricewaterhouseCoopers LLP

*(Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED, Judge Charles R. Breyer)*

- 2 -