Douglas R. Young (State Bar No. 073248)
William P. Keane (State Bar No. 124756)
James C. Mann (State Bar No. 221603)
Farella Braun + Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480
Email:   dyoung@fbm.com
         wkeane@fbm.com
         jmann@fbm.com

Attorneys for Third-Party
MORRISON & FOERSTER LLP

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | Case No.  C 06-04435 CRB |
| Plaintiff, | [PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING DOCUMENT UNDER SEAL |
| vs. | Date:     June 15, 2007 |
| GREGORY L. REYES, STEPHANIE JENSEN and ANTONIO CANOVA, | Time:     10:00 a.m.<br>Dept.:    Courtroom 8, 19th Floor<br>Judge:    Honorable Charles R. Breyer |
| Defendants. | |

///

///

///

///

///

///

///

///

///

///

21447\1263511.1

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING DOC UNDER SEAL
Court Case No. C 06-04435 CRB

1       The Court considered the Securities & Exchange Commission's Administrative Motion

2  For Filing Document Under Seal dated May 25, 2007 and the supporting documents, as well as

3  the Declaration of William P. Keane in support thereof, and with good cause appearing, IT IS

4  HEREBY ORDERED that the motion is GRANTED.

5

6  DATED:  June <u>5</u>, 2007

7                        By: _____



                                        HONORABLE CHARLES R. BREYER

8

9  Respectfully submitted,

   Farella Braun + Martel LLP

10

11  By:  /s/William P. Keane

12       William P. Keane
         Attorneys for Third-Party

13       Morrison & Foerster LLP

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Farella Braun & Martel LLP
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
(415) 954-4400

21447\1263511.1

[PROPOSED] ORDER GRANTING ADMINISTRATIVE MOTION FOR FILING DOC UNDER SEAL
Court Case No. C 06-04435 CRB