UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

***CIVIL MINUTES***

**Judge: CHARLES R. BREYER**

**Date**: June 8, 2007

**Case No:** C 06-04435 CRB

**Case Title**: SEC v. GREGORY REYES, et al.

**Appearances:**

For Plaintiff(s): Susan LaMarca, Susan Fleischman

For Defendant(s): Richard Marmaro, Michael Celio, Christin Hill, Ronda McKaig

**Deputy Clerk**: Rowena B. Espinosa **Court Reporter**: Katherin e Powell

***PROCEEDINGS***

1. Hearing on Defendants' Motion to Quash Subpoenas - held

MOTION/MATTER: ( ) Granted
( ) Denied
( ) Granted in part/Denied in part
(X) Taken under submission
( ) Withdrawn/Off Calendar
( ) Continued to:

Order to be prepared by: ( ) Plaintiff ( ) Defendant (X) Court