RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
RONDA J. MCKAIG (Bar No. 216267)
rmckaig@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>  Plaintiff,<br><br>   v.<br><br>GREGORY L. REYES, STEPHANIE JENSEN and ANTONIO CANOVA,<br><br>  Defendants. | CASE NO.:  C 06-04435 CRB<br><br>[~~PROPOSED~~] STIPULATED CONFIDENTIALITY ORDER |

1    In order to protect the defendant's claims of confidentiality in information subpoenaed by
2  plaintiff Securities and Exchange Commission in this case, the Securities and Exchange
3  Commission and defendant Gregory L. Reyes hereby agree as follows:
4    1.   All information produced by non-parties Deutsche Bank or Merrill Lynch shall be
5  deemed "confidential."
6    2.   All information produced by non-parties Deutsche Bank or Merrill Lynch in the
7  course of this case shall be used solely for the purpose of this case and the related criminal case
8  *United States v. Gregory L. Reyes and Stephanie Jensen*, No. CR. 06-0556 CRB.
9    3.   Except with the prior written consent of Reyes, or upon prior order of this Court
10 obtained upon notice to Reyes, anything designated as confidential pursuant to the terms of this
11 Order ("Confidential Information") shall not be disclosed to any person other than:
12    (a)   counsel for the respective parties to this case and the above related case
13          who have agreed to be bound by the terms of this Order;
14    (b)   employees of such counsel;
15    (c)   individual defendants, to the extent deemed necessary by counsel for the
16          prosecution or defense of this litigation;
17    (d)   consultants or expert witnesses retained for the prosecution or defense of
18          this litigation, provided that each such person shall execute a copy of the
19          Certification annexed to this Order (which shall be retained by counsel to
20          the party so disclosing the Confidential Information and made available
21          for inspection during the pendency or after the termination of the action
22          upon good cause shown and upon order of the Court) before being shown
23          or given any Confidential Information;
24    (e)   any authors or recipients of the Confidential Information;
25    (f)   the Court, Court personnel, court reporters, or members of the jury in this
26          case or the related criminal case *United States v. Gregory L. Reyes and*
27          *Stephanie Jensen*, No. CR 06-0556 CRB (EMC); and
28    (g)   witnesses, at deposition and/or trial, only to the extent necessary to give

their testimony. At the request of any party, the portion of the transcript involving the Confidential Information shall be designated "confidential." Witnesses shown Confidential Information shall not be allowed to retain copies.

4. Any persons receiving Confidential Information shall not reveal or discuss such information to or with any person who is not entitled to receive such information, except as set forth herein.

5. For applications and motions to the Court on which a party submits Confidential Information, all documents and chamber copies containing Confidential Information which are submitted to the Court shall be filed under seal pursuant to the Local Rules of this Court.

6. If a party contends that any material is not entitled to confidential treatment (other than in connection with a filing pursuant to the Local Rules of this Court), such party may at any time give written notice to Reyes. Reyes shall have ten (10) days from the receipt of such written notice to apply to the Court for an order designating the material as confidential.

7. Notwithstanding any challenge to the designation of material as Confidential Information, all documents designated as confidential shall be treated as such and shall be subject to the provisions hereof unless and until one of the following occurs:

    (a) Reyes withdraws such designation in writing; or

    (b) Reyes fails to apply to the Court for an order designating the material confidential within the time period specified above after receipt of a written challenge to such designation; or

    (c) the Court rules the material is not Confidential Information.

8. All provisions of this Order restricting the communication or use of Confidential Information shall continue to be binding after the conclusion of this action, unless otherwise agreed or ordered.

9. This Order shall not apply to or affect the use of information already in the possession of a party or obtained by a party outside the course of discovery in this litigation.

1  Respectfully submitted,

2  Dated:  June 27, 2007                                    SECURITIES AND EXCHANGE
                                                            COMMISSION
3

4

5                                                           By:    /s/ Susan Fleischmann
                                                                   Susan Fleischmann
6
                                                            Attorneys for Plaintiff
7                                                           Securities and Exchange Commission

8
   Dated:  June 27, 2007                                    SKADDEN, ARPS, SLATE, MEAGHER &
9                                                           FLOM LLP

10

11                                                          By:    /s/ Ronda J. McKaig
                                                                   Ronda J. McKaig

12                                                          Attorneys for Defendant
                                                            Gregory L. Reyes
13

14  Provided that all requests to file any material under seal comport with Local Rule 79-5,
    **THE FOREGOING STIPULATION**
    **IS APPROVED AND IS SO ORDERED.**
15

16

17  Dated:  ___June 28___, 2007                             _____
                                                            The Honorable Charles R. Breyer
18                                                          United States District Judge

19

20                                                  IT IS SO ORDERED
                                                    Judge Charles R. Breyer

21

22

23

24

25

26

27

28

[PROPOSED] STIPULATED CONFIDENTIALITY                 -3-
ORDER, CASE NO.  C 06-04435 CRB

## APPENDIX A

<u>CERTIFICATION</u>

I hereby certify my understanding that Confidential Information is being provided to me pursuant to the terms and restrictions of the Confidentiality Stipulation and Order dated _____ in *Securities and Exchange Commission v. Gregory L. Reyes, Stephanie Jensen and Antonio Canova,* Case No. C 06-04435 CRB (N.D. Cal.). I have been given a copy of that Order and read it. I agree to be bound by the Order. I will not reveal the Confidential Information to anyone, except as allowed by the Order. I will maintain all such Confidential Information—including copies, notes or other transcriptions made therefrom—in a secure manner to prevent unauthorized access to it. No later than thirty (30) days after the conclusion of this action, I will return the Confidential Information—including copies, notes or other transcriptions made therefrom—to the counsel who provided me with the Confidential Information. I hereby consent to the jurisdiction of the United States District Court for the Northern District of California for the purpose of enforcing the Confidentiality Order.

SIGNATURE: _____

DATED: _____

1  I, Richard Marmaro, am the ECF User whose identification and password are being used to
2  file this [Proposed] Stipulated Confidentiality Order.  In compliance with General Order 45.X.B., I
3  hereby attest that Ronda J. McKaig and Susan Flesichmann have concurred in this filing.

5  DATED: June 27, 2007                SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                          /s/ Richard Marmaro
                                                          Richard Marmaro