IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SECURITIES AND EXCHANGE COMMISSION,

Plaintiff,

v.

MICHAEL J. BYRD,

Defendant.
______________________________________/

No. C 07-04223 CRB

**ORDER CONSOLIDATING AND RELATING CASES**

The Court hereby CONSOLIDATES this case with SEC v. Reyes, No. 06-4435-CRB (N.D. Cal. filed July 20, 2006). The Clerk of the Court shall file a copy of each of the pleadings filed in this case in that earlier-filed case. All future pleadings shall be filed in Case No. 06-4435-CRB.

//

//

//

//

//

//

//

The Court hereby RELATES this case with United States v. Reyes, No. CR-06-0556-CRB (N.D. Cal. filed July 20, 2006); Roth v. Reyes, No. C-06-2786-CRB (N.D. Cal. filed Apr. 24, 2006); In re Brocade Commc'ns Sys., Inc. Derivative Litig., No. C-05-2233- CRB (N.D. Cal. filed June 1, 2005); Smajlaj v. Brocade Commc'ns Sys., Inc., No. C-05-02042-CRB (N.D. Cal. filed May 19, 2005).

**IT IS SO ORDERED.**

Dated: August 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California