QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Christina L. Wu (Bar No. 233186)
christinawu@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Diane M. Doolittle (Bar No. 142046)
dianedoolittle@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Attorneys for MICHAEL J. BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | CASE NO. C 06-4435-CRB |
| Plaintiff, | **STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT** |
| vs. | |
| MICHAEL J. BYRD, | |
| Defendant. | |

**STIPULATION**

IT IS HEREBY STIPULATED AND AGREED pursuant to Civil Local Rule 6-1(a), by and between the undersigned, that the time for defendant Michael Byrd to respond to the complaint shall be continued to October 5, 2007. By entering into this stipulation, defendant does not waive any defense to the complaint.

DATED: August 27, 2007    QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /S/
Patrick Doolittle
Attorneys for MICHAEL J. BYRD

DATED: August 27, 2007    UNITED STATES SECURITIES AND EXCHANGE COMMISSION

By /S/ Susan Fleischmann
Susan Fleischmann
Attorneys for UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

August 29, 2007



IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

50968/2201889.2

-1-    CASE NO. C 06-4435-CRB
STIPULATION EXTENDING TIME TO RESPOND TO COMPLAINT

1 | I, Patrick Doolittle, am the ECF user whose identification and password are being used to
2 | file this stipulation. In compliance with General Order 45.X.B, I hereby attest that the other
3 | signatory has concurred in this filing.

DATED: August 27, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /S/
Patrick C. Doolittle
Attorneys for MICHAEL J. BYRD