1  RICHARD MARMARO (Bar No. 91387)
   rmarmaro@skadden.com
2  JACK P. DICANIO (Bar No. 138782)
   jdicanio@skadden.com
3  RONDA J. MCKAIG (Bar No. 216267)
   rmckaig@skadden.com
4  SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
   300 South Grand Avenue
5  Los Angeles, California 90071-3144
   Tel: (213) 687-5000
6  Fax: (213) 687-5600

7  Attorneys for Defendant Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, STEPHANIE JENSEN, and ANTONIO CANOVA<br><br>Defendants. | CASE NO. C 06-04435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING REVISED BRIEFING SCHEDULE FOR SEC'S MOTIONS TO COMPEL**<br><br>Date: October 12, 2007<br>Time: 10:00 am<br>Judge: Hon. Charles R. Breyer<br>Courtroom: Courtroom 8, 19th Floor |

**STIPULATION AND [PROPOSED] ORDER SETTING REVISED BRIEFING SCHEDULE FOR SEC'S MOTIONS TO COMPEL; NO. C 06-04435 CRB**

Plaintiff Securities and Exchange Commission (the "Commission"), defendant Gregory L. Reyes, and third party Brocade Communications Systems, Inc. ("Brocade"), by and through their respective counsel (collectively, "the Parties"), hereby agree and stipulate as follows:

## STIPULATION

WHEREAS under the current briefing schedule, Mr. Reyes's response to the Commission's Motion Compelling Rule 26 Disclosures and Production of Documents (the "Reyes Motion") and Brocade's response to the Commission's Motion to Compel Compliance with Subpoena (the "Brocade Motion") are due on September 21, 2007; and

WHEREAS the Parties met and conferred on September 19, 2007 to discuss the issues raised in the Reyes Motion and the Brocade Motion ; and

WHEREAS Mr. Reyes and Brocade believe that allowing an additional week before filing their responses may significantly narrow the issues ultimately addressed by the Court or perhaps eliminate the need for the Reyes Motion and the Brocade Motion altogether;

IT IS HEREBY AGREED AND RESOLVED that the response to the Reyes Motion and the response to the Brocade Motion shall be due on October 1, 2007, the Commission's reply, if any to those motions shall be filed on October 5, 2007, and the hearing date shall remain on October 12, 2007.

September 20, 2007                    SECURITIES AND EXCHANGE
                                      COMMISSION


                                      _____/s/ Susan LaMarca_____
                                      Susan LaMarca
                                      Attorney for Securities and Exchange Commission

September 20, 2007                    WILSON SONSINI GOODRICH & ROSATI



                                      _____/s/ Caz Hashemi_____
                                      Caz Hashemi
                                      Attorney for Brocade Communications Systems, Inc.

**STIPULATION AND [PROPOSED] ORDER SETTING REVISED BRIEFING SCHEDULE FOR SEC'S MOTIONS TO COMPEL; NO. C 06-04435 CRB**

1

September 20, 2007          SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

                                             /s/ Richard Marmaro
                                     Richard Marmaro
                                     Attorney for Gregory L. Reyes

## [~~PROPOSED~~] ORDER

For good cause shown, Mr. Reyes's response to the Commission's Motion for Order Compelling Rule 26 Disclosures and Production of Documents, as well as Brocade Communications Systems, Inc.'s response to the Commission's Motion to Compel Compliance with Subpoena shall be filed on October 1, 2007. The Commission's reply briefs, if any, shall be filed on October 5, 2007, and the hearing date shall remain October 12, 2007.

**IT IS SO ORDERED.**

Dated: October 1, 2007                                         _____
                                                       The Honorable
                                                       UNITED STATES DISTRICT JUDGE

*(Stamp: IT IS SO ORDERED / Judge Charles R. Breyer / United States District Court, Northern District of California)*

Respectfully submitted,

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
Richard Marmaro
Christopher J. Gunther (admitted *Pro Hac Vice*)
Jack P. DiCanio
Ronda J. McKaig

By:        /s/ Richard Marmaro
         RICHARD MARMARO
         Attorneys for Defendant
         GREGORY L. REYES