SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
MARK P. FICKES (Cal. Bar No. 178570)
leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California  94104
Telephone:  (415) 705-2500
Facsimile:   (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>STIPULATION AND [PROPOSED] ORDER TO CHANGE THE DATE FOR HEARING AND BRIEFING SCHEDULE FOR PLAINTIFF'S MOTIONS TO COMPEL<br><br>Current Date: Oct. 12, 2007<br>Proposed New Date: Nov. 2, 2007<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor |

Plaintiff Securities and Exchange Commission (the "Commission"), defendant Gregory L. Reyes, and Brocade Communications Systems, Inc. ("Brocade"), by and through their respective counsel, hereby stipulate as follows:

STIPULATION

1.      The Commission has noticed for hearing on October 12, 2007 two motions to compel: one is directed to defendant Reyes (Rule 26 Disclosures and Production of Documents), and the other to third-party Brocade (Compliance with Subpoena).  Pursuant to the Stipulation and Order (entered October 1, 2007), responses to the Commission's motion are due to be filed by October 1, 2007.

Stipulation and [Proposed] Order to Change Date for    1
Hearing SEC's Motions to Compel
SEC v. Reyes, et al., No. C-06-4435 CRB

1    2.    Respective counsel for the Commission, Reyes, and Brocade are continuing to meet
2 and confer regarding the outstanding issues related to the Commission's two motions and believe
3 that, with additional time, the issues for the Court's determination may be significantly narrowed.

4    3.    To aid in the determination of the issues that may remain between the parties in light
5 of recent and ongoing productions of documents by both Reyes and Brocade, defendant Reyes and
6 Brocade agree to provide to the Commission no later than October 10, 2007 a list describing the
7 categories of documents produced to date; the categories of documents (if any remain) that will be
8 produced but have not yet been, and an expected date by which production will be complete; and a
9 description of all documents that have been requested by the Commission but will not be produced,
10 together with the basis for not producing the document.

11    4.    The Commission, Brocade, and Reyes further agree that the hearing date on the
12 Commission's motions to compel should be moved to November 2, 2007, at 10:00 a.m.  Any papers
13 in response to the Commission's motion should be filed no later than October 22, 2007, any reply
14 should be filed no later than October 26, 2007.

16    IT IS SO STIPULATED:

18 Dated:  10/1/2007        /s/_____
19                          Susan F. LaMarca
                            SECURITIES AND EXCHANGE COMMISSION

21 Dated:  10/1/2007        /s/_____
22                          Ronda McKaig
                            SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

24 Dated:  10/1/2007        /s/_____
25                          Cameron Hoffman
                            WILSON SONSINI GOODRICH & ROSATI LLP

Stipulation and [Proposed] Order to Change Date for    2
Hearing SEC's Motions to Compel
SEC v. Reyes, et al., No. C-06-4435 CRB

1
2      **IT IS SO ORDERED.**
3
4
5
6
7
8   Dated:  October 2, 2007                    _____
9                                              Charles R. Breyer
                                               UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and [Proposed] Order to Change Date for         3
Hearing SEC's Motions to Compel
SEC v. Reyes, et al., No. C-06-4435 CRB