*Prepared by*
NORMAN J. BLEARS (Bar No. 95600)
Norman.Blears@hellerehrman.com
ROBERT B. BUEHLER (*pro hac vice*)
Robert.Buehler@hellerehrman.com
ROBIN E. WECHKIN (*pro hac vice*)
Robin.Wechkin@hellerehrman.com
ALEXANDER M. R. LYON (Bar No. 211274)
Alexander.Lyon@hellerehrman.com
HELLER EHRMAN LLP
275 Middlefield Road
Menlo Park, CA  94025-3506
Telephone: +1.650.324.7000
Facsimile: +1.650.324.0638

Attorneys for Defendant
ANTONIO CANOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> vs. <br><br> GREGORY L. REYES, ANTONIO CANOVA, STEPHANIE JENSEN, and MICHAEL BYRD <br><br> Defendants. | Civil Action No.: C-06-04435 CRB <br><br> ~~[PROPOSED]~~ ORDER DIRECTING COMPLIANCE WITH OCTOBER 5, 2007 SUBPOENA FOR FBI FORMS 302 |

[PROPOSED] ORDER DIRECTING COMPLIANCE WITH OCTOBER 5, 2007 SUBPOENA FOR FORMS 302
CASE NO. C-06-04435 CRB

1 | The Court has considered Defendant Antonio Canova's October 22, 2007, letter to
2 | the Court regarding his October 5, 2007, subpoena to the United States Attorney's Office
3 | ("USAO"), which seeks Federal Bureau of Investigation ("FBI") Forms 302 relating to
4 | interviews of current and former employees of Brocade Communications Systems, Inc. (the
5 | "Subpoena"). In light of the foregoing and good cause appearing therefore, Mr. Canova's
6 | request for an order directing the FBI to comply with the Subpoena is GRANTED, and the
7 | FBI is hereby ordered to comply with the Subpoena.

IT IS SO ORDERED.

Dated:  October 23         , 2007    _____
THE HONORABLE CHARLES R. BREYER
United States District Judge



2

[PROPOSED] ORDER DIRECTING COMPLIANCE WITH OCTOBER 5, 2007 SUBPOENA FOR FORMS 302
CASE NO. C-06-04435 CRB