**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **November 2, 2007**

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

Attorneys: Susan LaMarca ______ Rhonda McKaig ______

Susan Fleischmann ______ Elizabeth Harlan ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **Kathy Powell**

**PROCEEDINGS:** **RULING:**

1. P's Motion for Order compelling rule 26 Disclosures & Production of Docs ______

2. ______ ______

3. ______ ______

**ORDERED AFTER HEARING:**

Defendant to produce privilege log and respond to letter dated 10/18 within two (2) weeks ______

______

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

( ) Referred to Magistrate Judge For: ______

( ) CASE CONTINUED TO ______ for ______

Discovery Cut-Off ______ Expert Discovery Cut-Off ______

Plntf to Name Experts by ______ Deft to Name Experts by ______

P/T Conference Date ______ Trial Date ______ Set for ______ days

Type of Trial: ( )Jury ( )Court

Notes: ______

______