QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Josh Cohen (Bar No. 217853)
joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for MICHAEL J. BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BYRD,<br><br>Defendant. | CASE NO. C-06-4435 CRB<br><br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONTINUING HEARING ON MICHAEL J. BYRD'S MOTION TO DISMISS THE COMPLAINT**<br><br>Date: November 30, 2007<br>Time: 10:00 a.m.<br>Judge: Hon. Charles R. Breyer |

WHEREAS Michael J. Byrd has filed a motion to dismiss that is presently noticed for hearing on November 30, 2007;

WHEREAS the briefing on Mr. Byrd’s motion to dismiss is complete;

WHEREAS, Mr. Byrd has requested that the Securities and Exchange Commission stipulate to continue the hearing on Mr. Byrd’s motion for the convenience of counsel;

WHEREAS, the Securities and Exchange Commission has agreed to Mr. Byrd’s requested continuance;

The undersigned counsel hereby CONSENT, STIPULATE and AGREE to the following pursuant to Civil Local Rule 7-7(b):

Mr. Byrd's motion to dismiss that is presently set for hearing on November 30, 2007 is hereby continued to January 4, 2008 at 10:00 a.m., or another date and time subject to the Court's convenience;

IT IS SO STIPULATED.

Dated: November 20, 2007

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /S/
Patrick C. Doolittle
Attorneys for MICHAEL J. BYRD

DATED: November 20, 2007

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

By /S/
Susan Fleischmann
Attorneys for UNITED STATES SECURITIES AND EXCHANGE COMMISSION

Pursuant to stipulation, it is so ORDERED.

November 26, 2007

The Honorable Charles R. Breyer
United States District J

