QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Josh Cohen (Bar No. 217853)
joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for MICHAEL J. BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BYRD,<br><br>Defendant. | CASE NO. C-06-4435 CRB<br><br>**[~~PROPOSED~~] ORDER GRANTING DEFENDANT MICHAEL BYRD'S MOTION TO COMPEL COMPLIANCE WITH DECEMBER 3, 2007 SUBPOENA FOR FBI FORMS 302** |

The Court has considered Defendant Michael J. Byrd's Unopposed Motion to Compel Compliance with December 3, 2007 Subpoena for FBI Forms 302. The subpoena at issue seeks Federal Bureau of Investigation Forms 302 relating to interviews of current and former employees of Brocade Communications Systems, Inc. In light of the foregoing and for good cause shown, Mr. Byrd's motion is hereby GRANTED. The Federal Bureau of Investigations is hereby ordered to comply with the subpoena forthwith.

IT IS SO ORDERED.

Dated: January 2, 2008




CHA
UNIT UDGE