**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **January 4, 2008**

**C-06-4435**

**SEC v. MICHAEL BYRD**

Attorneys: Susan LaMarca and Susan Fleischmann Patrick Dolittle, John Potter & Josh Cohen

______________________________ Michael Celio

Deputy Clerk: **Frank Justiliano** Reporter: **Sahar McVickar**

**PROCEEDINGS:** **RULING:**

1. D's Motion to Dismiss SUBMITTED

2. ______________________________ ____________

3. ______________________________ ____________

4. ______________________________ ____________

( ) Status Conference ( ) P/T Conference ( )Case Management Conference

**ORDERED AFTER HEARING:**

Matter taken under submission. SEC allowed two weeks to file briefs. Replies to be filed thereafter.

______________________________

(X ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court X

( ) Referred to Magistrate Judge For: ______________________________

( )By Court ( )Parties to approach Chief Magistrate in future

( ) CASE CONTINUED TO __________________ for ______________________________

Discovery Cut-Off ______________________________ Expert Discovery Cut-Off __________________

Plntf to Name Experts by ______________________ Deft to Name Experts by __________________

P/T Conference Date _______________ Trial Date _______________ Set for _______ days

Type of Trial: ( )Jury ( )Court

Notes: ______________________________

______________________________

______________________________