QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
John M. Potter (Bar No. 165843)
johnpotter@quinnemanuel.com
Patrick Doolittle (Bar No. 203659)
patrickdoolittle@quinnemanuel.com
Josh Cohen (Bar No. 217853)
joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

Attorneys for MICHAEL J. BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BYRD,<br><br>Defendant. | CASE NO. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER SETTING SCHEDULE FOR SUPPLEMENTAL BRIEFING ON DEFENDANT MICHAEL J. BYRD'S MOTION TO DISMISS** |

WHEREAS Michael J. Byrd has filed a motion to dismiss that is presently pending before this Court;

WHEREAS a hearing on Mr. Byrd's motion was held on January 4, 2008;

WHEREAS this Court has ordered further responsive briefing in connection with Mr. Byrd's motion;

WHEREAS the Court has ordered that the Commission's brief is due two weeks from the date of the hearing, which falls on January 18, 2008;

The undersigned counsel hereby CONSENT, STIPULATE and AGREE to the following:

///

The Commission shall file its supplemental brief on or before January 18, 2008. Mr. Byrd shall file his supplemental brief on or before February 1, 2008.

IT IS SO STIPULATED.

Dated: January 8, 2008            QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /S/
Patrick C. Doolittle
Attorneys for MICHAEL J. BYRD

DATED: January 8, 2008           UNITED STATES SECURITIES AND EXCHANGE COMMISSION

By /S/
Susan Fleischmann
Attorneys for UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Pursuant to stipulation, it is so ORDERED.

DATED: January 9, 2008           _____
CHARLES R. BREYER
UNITED STATES

*IT IS SO ORDERED*
*Judge Charles R. Breyer*