QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  John M. Potter (Bar No. 165843)
  johnpotter@quinnemanuel.com
  Patrick Doolittle (Bar No. 203659)
  patrickdoolittle@quinnemanuel.com
  Josh Cohen (Bar No. 217853)
  joshcohen@quinnemanuel.com
50 California Street, 22nd Floor
San Francisco, California 94111
Telephone:   (415) 875-6600
Facsimile:   (415) 875-6700

Attorneys for MICHAEL J. BYRD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>                Plaintiff,<br><br>        vs.<br><br>MICHAEL J. BYRD,<br><br>                Defendant. | CASE NO. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING FILING DATE FOR RESPONSIVE PLEADING BY DEFENDANT MICHAEL J. BYRD** |

WHEREAS Federal Rule of Civil Procedure 12(a)(4)(A) provides that a defendant must file an answer or other responsive pleading no later than ten days following the issuance of a ruling on a motion to dismiss;

WHEREAS this Court issued an Order denying Mr. Byrd's Motion to Strike on February 12, 2008;

WHEREAS a responsive pleading would thus ordinarily be due within ten court days of February 12, 2008;

WHEREAS counsel for Mr. Byrd seeks additional time to prepare a responsive pleading addressing the allegations in the Complaint;

The undersigned counsel hereby CONSENT, STIPULATE and AGREE to the following: Mr. Byrd shall file his answer or other responsive pleading on or before March 12, 2008.

IT IS SO STIPULATED.

Dated: February 15 , 2008     QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /S/
Josh Cohen
Attorneys for MICHAEL J. BYRD

DATED: February 15, 2008     UNITED STATES SECURITIES AND EXCHANGE COMMISSION

By /S/
Susan Fleischmann
Attorneys for UNITED STATES
SECURITIES AND EXCHANGE COMMISSION

Pursuant to stipulation, it is so ORDERED.

DATED: February 20, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

-2-     CASE NO. C 06-4435-CRB

STIPULATION TO CONTINUE FILING DATE