SUSAN F. LA MARCA (Cal. Bar No. 215231)
 lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
 leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
 fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>　　　　Defendants. | Civil Action No. C-06-4435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER GRANTING LEAVE TO EXCEED THE PAGE LIMIT OF PLAINTIFF SECURITIES AND EXCHANGE COMMISSION'S MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS REYES AND JENSEN** |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MICHAEL J. BYRD,<br><br>　　　　Defendant. | Civil Action No. C-07-4223 CRB |

**STIPULATION**

Pursuant to Local Rules 7-11 and 7-12, Plaintiff Securities and Exchange Commission (the "Commission") and Defendants Gregory L. Reyes and Stephanie Jensen, by and through their respective counsel of record, hereby stipulate that the Court may grant leave to the Commission to exceed the 25-page limit, by no more than 10 pages, in the Commission's Memorandum in support of its Motion for Summary Judgment against defendants Reyes and Jensen. The Commission has combined its discussion of the factual and legal bases for its dispositive motions against two different defendants in one brief, rather than preparing two 25-page briefs; accordingly, the requested increase in the page limit should promote brevity overall.

The Commission agrees that if either defendant requests leave to exceed the page limit by no more than 10 pages in responding to the Commission's motion, the Commission will not oppose either defendant's request.

Dated: May 6, 2008                             Respectfully submitted,


/s Susan F. LaMarca
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE
COMMISSION

/s/ Jack P. DiCanio
Jack P. DiCanio
SKADDEN, ARPS, SLATE, MEAGHER
& FLOM LLP
Attorney for Defendant
GREGORY L. REYES

/s/ Michael D. Celio
Michael D. Celio
KEKER & VAN NEST, LLP
Attorney for Defendant
STEPHANIE JENSEN

**ORDER**

1
2
3    PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5
6
7
8  Dated: May  08 , 2008                       _____
9                                              Hon. Charles R. Breyer
                                               UNITED STATES DISTRICT JUDGE
10
11
12
13
14



15
16
17
18
19
20
21
22
23
24
25
26
27
28

Stipulation and Proposed Order re: Exceed Page Limit        2        *SEC v. Reyes, et al.*, No. C-06-4435