SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
SUSAN FLEISCHMANN (Cal. Bar No. 207194)
fleischmanns@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants. | Civil Action No. C-06-4435 CRB<br><br>**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANTS REYES AND JENSEN**<br><br>Date: June 20, 2008<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BYRD,<br><br>Defendant. | Civil Action No. C-07-4223 CRB |

**NOTICE OF MOTION**

Please take notice that on June 20, 2008, or as soon thereafter as the matter may be heard, in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Securities and Exchange Commission ("Commission") will and hereby does move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against Defendants Gregory L. Reyes and Stephanie Jensen.

**GROUNDS FOR MOTION AND SUPPORT**

The Commission moves on the grounds that (1) there is no triable issue of fact to be resolved, and the Commission is entitled to judgment as a matter of law against Defendants Reyes and Jensen, based on the collateral effect of the respective judgments entered against each of them in the related criminal case *United States v. Reyes* and *United States v. Jensen*, No. CR-06-0556-CRB, and (2) any other facts necessary to finding their liability for securities law violations alleged against them, or to the entry of an order for the remedies the Commission seeks, are not reasonably at issue and are uncontroverted. This motion is supported by the Declaration of Susan F. LaMarca and the exhibits thereto, and the Request for Judicial Notice and exhibits thereto, each filed herewith. The motion is further supported by the Commission's Memorandum, which pursuant to Stipulation and Order (entered May 9, 2008) exceeds the 25-page limit by fewer than 10 pages.

Dated: May 9, 2008

Respectfully submitted,

/s Susan F. LaMarca
Susan F. LaMarca
Attorney for Plaintiff
SECURITIES AND EXCHANGE COMMISSION