1 | RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
2 | JACK DiCANIO (Bar No. 138782)
jdicanio@skadden.com
3 | GARRETT J. WALTZER (Bar No. 130764)
gwaltzer@skadden.com
4 | THOMAS V. CHRISTOPHER (Bar No. 185928)
tchristo@skadden.com
5 |
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 525 University Avenue, Suite 1100
Palo Alto, California 94301
7 | Tel:  (650) 470-4500
Fax:  (650) 470-4570
8 |
9 |
10 |                           UNITED STATES DISTRICT COURT
11 |                       FOR THE NORTHERN DISTRICT OF CALIFORNIA
12 |                                SAN FRANCISCO DIVISION
13 |

| | | |
|---|---|---|
| SECURITIES AND EXCHANGE COMMISSION, | ) | Civil Action No. C-06-04435 CRB |
| Plaintiff, | ) ) | **STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND** |
| vs. | ) ) ) | **HEARING SCHEDULE FOR SEC'S MOTION FOR SUMMARY** |
| GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN, | ) ) ) | **JUDGMENT AND DEFENDANT'S MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f)** |
| Defendants. | ) ) | Date: N/A |
| | ) | Time: N/A |
| | ) | Judge: Hon. Charles R. Breyer |
| _____ | ) | Courtroom: Courtroom 8, 19th Floor |
| SECURITIES AND EXCHANGE COMMISSION, | ) | Civil Action No. C-07-04223 CRB |
| Plaintiff, | ) ) | |
| vs. | ) ) | |
| MICHAEL J. BYRD, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) | |

1

**STIPULATION**

2      Plaintiff in the above-captioned case, the Securities and Exchange Commission (the

3 "Commission"), and defendants Gregory L. Reyes and Stephanie Jensen, by and through their

4 respective counsel, hereby agree and stipulate as follows:

5      **WHEREAS** the Commission filed a motion for summary judgment against defendants

6 Reyes and Jensen on Friday, May 9, 2008, with a noticed hearing date of June 20, 2008;

7      **WHEREAS** defendant Reyes has informed the Commission that he expects to file a motion

8 under Federal Rule of Civil Procedure Rule 56(f) (the "Rule 56(f) Motion") to continue the hearing

9 on the SEC's motion for summary judgment to enable additional discovery to be taken;

10      **WHEREAS** the Commission and defendants Reyes and Jensen have agreed upon a briefing

11 schedule to accommodate any Rule 56(f) Motion and the Commission's motion for summary

12 judgment;

13      **IT IS HEREBY STIPULATED THAT:**

14      1.      Any Rule 56(f) Motion shall be filed by Wednesday, June 4, 2008;

15      2.      The Commission shall file its opposition to any Rule 56(f) Motion by Friday, June

16 20, 2008; and

17      3.      Any reply to the Commission's opposition to any Rule 56(f) Motion shall be filed

18 by Friday, June 27, 2008.

19      4.       The hearing on any Rule 56(f) Motion will be on Friday, July 11, 2008 at 10:00

20 a.m.;

21      5.      In the event that this Court denies the Rule 56(f) Motions, the Commission and the

22 Parties have agreed upon a briefing schedule to the Commission's motion for summary judgment

23 as follows:

24           (a)      Any opposition to the Commission's motion for summary judgment shall be

25 filed by August 1, 2008;

26           (b)      The Commission shall reply to any opposition to the Commission's motion

27 for summary judgment by Monday, August 11, 2008; and

28

1      (c)     The hearing on the Commission's motion for summary judgment will be on

2  Friday, August 22, 2008, at 10:00 a.m.

3      **IT IS SO STIPULATED.**

4

5  May 27, 2008                              SECURITIES AND EXCHANGE
                                             COMMISSION
6

7                                                    /s/ Susan F. LaMarca
                                             Susan F. LaMarca
8                                            Attorney for Securities and Exchange Commission

9
   May 27, 2008                              SKADDEN, ARPS, SLATE,
10                                           MEAGHER & FLOM LLP

11
                                                     /s/ Richard Marmaro
12                                           Richard Marmaro
                                             Attorney for Gregory L. Reyes
13

14 May 27, 2008                              KEKER & VAN NEST, LLP

15                                                   /s/ Jan Nielsen Little
                                             Jan Nielsen Little
16                                           Attorneys for Stephanie Jensen

17

18

19

20

21

22

23

24

25

26

27

28

1  **IT IS SO ORDERED.**

2

3

4  Dated: _ May 28, 2008 _

5  The Honorable Charles R. Breyer
   UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR SEC'S MOTION FOR
SUMMARY JUDGMENT AND REYES AND JENSEN'S RULE 56(f) MOTION; NO. C 06-04435 CRB

- 3 -

1

 I, Garrett J. Waltzer, am the ECF User whose identification and password are

2

being used to file the STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND

3

HEARING SCHEDULE FOR SEC'S MOTION FOR SUMMARY JUDGMENT AND

4

DEFENDANT'S MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f).  In

5

compliance with General Order 45.X.B, I hereby attest that each of the counsel executing the

6

Stipulation has concurred in this filing.

7

Dated:  May 27, 2008

 SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

8

9

10

 By:_____/s/ Garrett J. Waltzer_____

 Garrett J. Waltzer

11

 Attorney for Gregory L. Reyes

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR SEC'S MOTION FOR SUMMARY JUDGMENT AND REYES AND JENSEN'S RULE 56(f) MOTION; NO. C 06-04435 CRB**

- 1 -

206200.01-San Francisco Server 1A - MSW