1 | RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
2 | JACK DICANIO (Bar No. 138782)
jdicanio@skadden.com
3 | GARRETT J. WALTZER (Bar No. 130764)
gwaltzer@skadden.com
4 | THOMAS V. CHRISTOPHER (Bar No. 185928)
tchristo@skadden.com
5
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
6 | 525 University Avenue, Suite 1100
Palo Alto, California 94301
7 | Tel:  (650) 470-4500
Fax:  (650) 470-4570

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-06-4435 CRB |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR DEFENDANTS' MOTIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f)** |
| vs. | |
| GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN, | |
| Defendants. | Date:     N/A
Time:    N/A
Judge:   Hon. Charles R. Breyer
Courtroom: Courtroom 8, 19th Floor |
| SECURITIES AND EXCHANGE COMMISSION, | Civil Action No. C-07-4223 CRB |
| Plaintiff, | |
| vs. | |
| MICHAEL J. BYRD, | |
| Defendant. | |

**STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING AND HEARING SCHEDULE FOR SEC'S MOTION FOR SUMMARY JUDGMENT AND REYES AND JENSEN'S RULE 56(f) MOTION; NO. C 06-04435 CRB**

# STIPULATION

Plaintiff in the above-captioned case, the Securities and Exchange Commission (the "Commission"), and defendants Gregory L. Reyes and Stephanie Jensen, by and through their respective counsel (collectively, "the Defendants"), hereby agree and stipulate as follows:

**WHEREAS** the Commission filed a motion for summary judgment against the Defendants on Friday, May 9, 2008;

**WHEREAS** the Commission and the Defendants previously stipulated to and this Court ordered a briefing schedule stating, *inter alia*, that Mr. Reyes and Ms. Jensen would file motions under Federal Rule of Civil Procedure 56(f), if any, by Wednesday, June 4, 2008; the Commission would file its opposition to any Rule 56(f) motions by Friday, June 20, 2008; and the Defendants would file their replies to the Commission's opposition to any Rule 56(f) motions by Friday, June 27, 2008;

**WHEREAS** the Commission and the Defendants are now in agreement that Mr. Reyes and Ms. Jensen shall file motions under Federal Rule of Civil Procedure 56(f), if any, by Friday, June 6, 2008, and that the dates for the Commission's opposition to any Rule 56(f) Motions and the Defendants' replies to the Commission's opposition to any Rule 56(f) Motions will remain unchanged;

**IT IS HEREBY STIPULATED THAT:**

1. The Defendants will file their Rule 56(f) Motions, if any, by Friday, June 6, 2008;
2. The dates for the Commission's opposition to any Rule 56(f) Motions and the Defendants' replies to the Commission's opposition to any Rule 56(f) Motions will remain unchanged.

**IT IS SO STIPULATED.**

June 4, 2008                              SECURITIES AND EXCHANGE COMMISSION

                                                /s/ Susan Fleischmann
                                                  Susan Fleischmann
                                        Attorney for Securities and Exchange Commission

June 4, 2008                              SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

                                                  /s/ Richard Marmaro
                                                  Richard Marmaro
                                        Attorney for Gregory L. Reyes

June 4, 2008                              KEKER & VAN NEST, LLP

                                                  /s/ Jan Nielsen Little
                                                  Jan Nielsen Little
                                        Attorneys for Stephanie Jensen

**IT IS SO ORDERED.**

Dated: _June 4, 2008_

                                        The Honorable Charles R. Breyer
                                        UNITED STATES DISTRICT JUDGE

[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer (signed)]
STIPULATION AND [PROPOSED] ORDER REVISING BRIEFING SCHEDULE FOR REYES AND JENSEN'S RULE 56(f) MOTIONS; NO. C 06-04435 CRB

- 2 -

1  Respectfully submitted,

2  Dated: June 4, 2008                    SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

4                                          By:_____/s/ Richard Marmaro_____
5                                                    Richard Marmaro
                                           Attorneys for Defendant Gregory L. Reyes