RICHARD MARMARO (Bar No. 91387)
rmarmaro@skadden.com
JACK P. DICANIO (Bar No. 138782)
jdicanio@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
300 South Grand Avenue
Los Angeles, California 90071-3144
Tel: (213) 687-5000
Fax: (213) 687-5600

GARRETT J. WALTZER (Bar No. 130764)
gwaltzer@skadden.com
THOMAS V. CHRISTOPHER (Bar No. 185928)
tchristo@skadden.com
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
525 University Avenue, Suite 1100
Palo Alto, California 94301
Tel: (650) 470-4500
Fax: (650) 470-4570

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES, ANTONIO CANOVA, and STEPHANIE JENSEN,<br><br>Defendants.<br><br>SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL J. BYRD,<br><br>Defendant. | Civil Action Nos. C-06-04435 CRB, C-07-04223 CRB<br><br>**MANUAL FILING NOTIFICATION FOR:**<br><br>**(1) MEMORANDUM OF POINTS AND AUTHORITIES IN FAVOR OF GREGORY L. REYES' MOTION UNDER FEDERAL RULE OF CIVIL PROCEDURE 56(f) TO CONTINUE HEARING ON THE SEC'S MOTION FOR SUMMARY JUDGMENT TO ALLOW ADDITIONAL DISCOVERY;**<br><br>**(2) DECLARATION OF JONAH VAN ZANDT IN SUPPORT THEREOF; and**<br><br>**(3) [PROPOSED] ORDER**<br><br>Date:    July 11, 2008<br>Time:    10:00 a.m.<br>Dept.:   Courtroom 8, 19th Floor<br>Before:  Hon. Charles R. Breyer |

MANUAL FILING NOTIFICATION

Regarding: 1) Memorandum of Points and Authorities in Favor of Gregory L. Reyes' Motion under Federal Rule of Civil Procedure 56(f) to Continue Hearing on the SEC's Motion for Summary Judgment to allow Additional Discovery; (2) The Declaration of Jonah Van Zandt in Support Thereof; and (3) [Proposed] order.

This filing is in paper or physical form only, and is being maintained in the case file in the Clerk's office.

If you are a participant in this case, this filing will be served in hard-copy shortly. For information on retrieving this filing directly from the court, please see the court's main web site at http://www.cand.uscourts.gov under Frequently Asked Questions (FAQ).

This filing was not efiled for the following reason(s):

[_] Voluminous Document (PDF file size larger than the efiling system allows)

[_] Unable to Scan Documents

[_] Physical Object (description): _____

    _____

[_] Non-Graphic/Text Computer File (audio, video, etc.) on CD or other media

[X] Item Under Seal

[_] Conformance with the Judicial Conference Privacy Policy (General Order 53).

[_] Other (description): _____

    _____

DATED: June 6, 2008           Respectfully submitted,

                              SKADDEN, ARPS, SLATE, MEAGHER
                              & FLOM LLP


                              By:_____/s/ Richard Marmaro_____
                                    Richard Marmaro
                                    Attorneys for Defendant Gregory L. Reyes

-1-