IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>GREGORY L. REYES ET AL.,<br><br>   Defendant._____ / | No. C 06-04435 CRB<br><br>**BRIEFING ORDER** |

On or before Monday, July 7, counsel for Defendant Gregory Reyes shall contact counsel for Robert Bossi, Antonio Canova, Michael Byrd, and Bonnie Adamson-Smith, and shall inform the Court through declaration whether Messrs. Bossi, Canova, and Byrd and Ms. Adamson-Smith intend to sit for a deposition without asserting their Fifth Amendment rights.

**IT IS SO ORDERED.**

Dated: June 30, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4435\Rule 56(f) Briefing Order.wpd