IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>         Plaintiff,<br><br>   v.<br><br>REYES ET AL.,<br><br>         Defendant._____/ | No. C 06-04435 CRB<br><br>**ORDER** |

Defendant Gregory Reyes' motion for a continuance is DENIED on the ground that Reyes has failed "to show that additional discovery would uncover specific facts which would preclude summary judgment." Maljack Productions, Inc. v. GoodTimes Home Video Corp., 81 F.3d 881, 888 (9th Cir. 1996). All of the witnesses that Reyes has proposed deposing – save one – would invoke their Fifth Amendment rights.

///

1  Pursuant to stipulation, the parties shall follow the briefing schedule set forth in the
2 Court's order dated May 28, 2008.  In addition, Reyes shall be permitted to take the
3 deposition of Bonnie Adamson-Smith, and to supplement his opposition with a brief of no
4 more than ten pages in the event that Ms. Adamson-Smith's deposition reveals facts not
5 previously known to the defendant.

6  **IT IS SO ORDERED.**

9 Dated: July 8, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4435\Rule 56(f) Order.wpd        2