1    RICHARD MARMARO (Bar No. 91387)
     rmarmaro@skadden.com
2    JACK DICANIO (Bar No. 138782)
     jdicanio@skadden.com
3    GARRETT J. WALTZER (Bar No. 130764)
     gwaltzer@skadden.com
4
     SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
5    525 University Avenue, Suite 1100
     Palo Alto, California 94301
6    Tel:  (650) 470-4500
     Fax:  (650) 470-4570
7

8                 UNITED STATES DISTRICT COURT

9          FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12    SECURITIES AND EXCHANGE COMMISSION,    )  Civil Action No. C-06-4435 CRB
                                             )
13              Plaintiff,          ) **~~[PROPOSED]~~ ORDER GRANTING**
                                             ) **UNOPPOSED REQUEST FOR**
14              vs.                ) **LEAVE TO EXCEED PAGE LIMIT**
                                             ) **FOR GREGORY L. REYES'**
15    GREGORY L. REYES, ANTONIO CANOVA, and   ) **OPPOSITION TO PLAINTIFF**
     STEPHANIE JENSEN,                   ) **SECURITIES AND EXCHANGE**
16                                            ) **COMMISSION'S MOTION FOR**
             Defendants.         ) **SUMMARY JUDGMENT[**
17                                              )

18 _____ )
     SECURITIES AND EXCHANGE COMMISSION,    )  Civil Action No. C-07-4223 CRB
19                                              )
            Plaintiff,          )  Date:  No Hearing Requested
20                                              )  Time:  N/A
             vs.               )  Dept.:  Courtroom 8
21                                              )  Judge:  Hon. Charles R. Breyer
     MICHAEL J. BYRD,                   )
22                                              )
            Defendant.          )
23                                              )
24                                              )
25 _____ )

26

27

28

1

**ORDER**

2        Upon consideration of defendant Gregory L. Reyes's unopposed request for leave to exceed

3 the page limit for Mr. Reyes's opposition to plaintiff Securities and Exchange Commission's (the

4 "Commission") motion for summary judgment, and good cause being shown:

5        IT IS HEREBY ORDERED THAT:

6        Defendant Gregory L. Reyes's unopposed request for leave to file a memorandum in

7 support of Mr. Reyes's opposition to the Commission's motion for summary judgment in excess of

8 the 25-page limit by no more than 10 pages, is GRANTED.

9  **IT IS SO ORDERED.**

10

11 Dated: _ August 01, 2008           _____

                                 The Honorable Charles R. Breyer

12                                UNITED STATES D...

13

14 Respectfully submitted,

15 Dated:  July 30, 2008           SKADDEN, ARPS, ...ATE, MEAGHER & FLOM LLP

16

17                    By:_____/s/ Richard Marmaro_____

                               Richard Marmaro

18                  Attorneys for Defendant Gregory L. Reyes

19

20

21

22

23

24

25

26

27

28

-1-