**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **August 22, 2008**

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

Attorneys: Susan LaMarca ______ Richard Marmaro ______

Susan Fleischman ______ Jaci Dicanio ______

Deputy Clerk: **BARBARA ESPINOZA** ______ Reporter: **Debra Pas** ______

**PROCEEDINGS:** **RULING:**

1. SEC's Motion for Summary Judgment ______ Submitted ______

2. ______ ______

3. ______ ______

**ORDERED AFTER HEARING:**

______

______

( ) ORDER TO BE PREPARED BY: Plntf ______ Deft ______ Court ______

( ) Referred to Magistrate Judge for: ______

( ) CASE CONTINUED TO ______ for ______

Discovery Cut-Off ______ Expert Discovery Cut-Off ______
Plntf to Name Experts by ______ Deft to Name Experts by ______
P/T Conference Date ______ Trial Date ______ Set for ______ days
Type of Trial: ( )Jury ( )Court

Notes: ______

______

______