MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN, State Bar No. 165823
One Market, Spear Street Tower
San Francisco, CA 94105-1126
Tel: 415.442.1000
Fax: 415.442.1001
E-mail: jhemann@morganlewis.com

Attorneys for Defendant
Gregory L. Reyes

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Securities and Exchange Commission,<br>Plaintiff,<br>vs.<br>Gregory L. Reyes,<br>Defendant. | Case No. 06-04435-CRB<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER FOR REFERRAL TO MAGISTRATE JUDGE SPERO FOR SETTLEMENT CONFERENCE**<br>Judge: Hon. Charles R. Breyer |

Pursuant to Civil Local Rule 7-12 and ADR Local Rules 7-2 and 7-3, Plaintiff the Securities and Exchange Commission and Defendant Greg Reyes, by and through their respective counsel, hereby agree and stipulate that the-above captioned matter be referred for such settlement conferences as may be appropriate before the Honorable Joseph C. Spero, U.S. Magistrate Judge.

Dated: May 21, 2009

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN

By: /s/ John H. Hemann
John H. Hemann

Attorneys for Defendant
Gregory L. Reyes

Dated: May 21, 2009

U.S. SECURITIES AND EXCHANGE COMMISSION

By /s/ Robert Leach
Robert Leach

Attorneys for Plaintiff
Securities And Exchange Commission

## ATTESTATION PURSUANT TO GENERAL ORDER 45

Pursuant to General Order 45, I hereby attest that concurrence in the filing of this document has been obtained from the signatory indicated by a "conformed: signature (/s/) within the e-filed document.

Dated: May 21, 2009

MORGAN, LEWIS & BOCKIUS LLP
JOHN H. HEMANN

By: /s/ John H. Hemann
John H. Hemann

Attorneys for Defendant
Gregory L. Reyes

**~~[PROPOSED]~~ ORDER**

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

Dated: ________________May 21___, 2009 By: ________________________________

The Honorable Ch[illegible] Breyer

U[illegible]ge

UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Charles R. Breyer

NORTHERN DISTRICT OF CALIFORNIA