# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 06-04435 CRB (JCS)**

**CASE NAME: SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY: Karen Hom**

**DATE: May 26, 2009** **TIME: 1.5 hrs** **COURT REPORTER: Not reported**

**COUNSEL FOR PLAINTIFF:**
**Robert S. Leach & Susan F. LaMarca**

**COUNSEL FOR DEFENDANT:**
**John Hemann, William H. Kimball& Franklin B. Gowdy**

---

**PROCEEDINGS**

X SETTLEMENT CONFERENCE - HELD

☐ FURTHER SETTLEMENT CONFERENCE

☐ DISCOVERY CONFERENCE

☐ STATUS CONFERENCE RE:________________________________________

☐ TELEPHONIC CONFERENCE RE:____________________________________

☐ OTHER:____________________________________________________

CASE CONTINUED TO:__________________________FOR______________________________

NOTES:

cc: Chambers