SUSAN F. LA MARCA (Cal. Bar No. 215231)
lamarcas@sec.gov
ROBERT S. LEACH (Cal. Bar No. 196191)
leachr@sec.gov
KASHYA K. SHEI (Cal. Bar No. 173125)
sheik@sec.gov

Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION
44 Montgomery Street, Suite 2600
San Francisco, California 94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>GREGORY L. REYES,<br><br>Defendant. | Civil Action No. C-06-4435 CRB<br><br>**SECURITIES AND EXCHANGE COMMISSION'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AGAINST DEFENDANT GREGORY L. REYES**<br><br>Date: Friday, January 28, 2011<br>Time: 10:00 a.m.<br>Place: Courtroom 8, 19th Floor<br>Hon. Charles R. Breyer |

**NOTICE OF MOTION**

Please take notice that on January 28, 2011, or at such other time as the Court hear this matter, in the courtroom of the Honorable Charles R. Breyer, Courtroom 8, 19th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California, Plaintiff Securities and Exchange Commission ("Commission") will and hereby does move the Court, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against defendant Gregory L. Reyes. By this motion, the Commission seeks the entry of final judgment against the defendant.

**GROUNDS FOR MOTION AND SUPPORT**

The Commission moves on the grounds that (1) there is no triable issue of fact to be resolved, and the Commission is entitled to judgment as a matter of law against the defendant, based on the collateral effect of the judgment entered against him in the related criminal case *United States v. Reyes*, CR-06-0556-CRB, and (2) any other facts necessary to a determination of the appropriate remedies to be ordered are not in dispute. This motion is supported by the Request for Judicial Notice and exhibits thereto and the Declaration of Susan F. LaMarca and the exhibit thereto, and by the accompanying memorandum in support and [P]roposed Final Judgment, as well as the papers filed in this case and in the related criminal case, *supra*.

Dated: December 6, 2010

Respectfully submitted,

*/s/ Kashya K. Shei*
Susan F. LaMarca
Kashya K. Shei
Attorneys for Plaintiff
SECURITIES AND EXCHANGE COMMISSION