COOLEY LLP
STEPHEN C. NEAL (170085)
(nealsc@cooley.com)
NEAL J. STEPHENS (152071)
(nstephens@cooley.com)
KATHLEEN H. GOODHART (165659)
(kgoodhart@cooley.com)
Christopher B. Durbin (218611)
(cdurbin@cooley.com)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA  94306-2155
Telephone:  (650) 843-5000
Facsimile:   (650) 857-0663

Attorneys for Defendant
GREGORY L. REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>           Plaintiff,<br><br>    v.<br><br>GREGORY L. REYES,<br><br>           Defendant. | Case No. C-06-04435 CRB<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE HEARING ON PLAINTIFF SECURITIES & EXCHANGE COMMISSION'S MOTION FOR SUMMARY JUDGMENT**<br><br>Current Date:  February 25, 2011<br>Current Time:  10:00 a.m.<br><br>Proposed Date:  March 11, 2011<br>Proposed Time:  10:00 a.m.<br><br>Dept.:  Courtroom 8, 19th Floor<br>Judge:  Hon. Charles R. Breyer |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

STIP. & [PROPOSED] ORDER TO CONTINUE
HEARING ON SEC'S MOT. FOR SUM. JUDGMENT
CR-06-04435 CRB

**RECITALS**

WHEREAS, on December 6, 2010 plaintiff the Securities & Exchange Commission ("SEC") filed a Motion for Summary Judgment Against Defendant Gregory L. Reyes (dkt. 448), noticing the hearing for Friday January 28, 2011;

WHEREAS, before Mr. Reyes responded to the SEC's motion, on February 15, 2010, the SEC re-noticed the hearing on its Motion for February 25, 2011;

WHEREAS, Mr. Reyes has not yet filed his response to the SEC's motion and his response is not due until February 4, 2011 under the present hearing date;

WHEREAS, lead trial counsel for Mr. Reyes has a scheduling conflict on February 25, 2011 and will not be in the State of California;

WHEREAS, counsel for the SEC and Mr. Reyes have conferred and agree that it is appropriate to request a continuance of the hearing date and current reply deadline; and

WHEREAS, the Parties' counsel are available for a hearing on Friday, March 11, 2011.

**STIPULATION**

**Now, Therefore**, the Parties do stipulate to request the Court enter an order stating:

1. The hearing on the SEC's Motion for Summary Judgment, now scheduled for February 25, 2011, shall be continued to March 11, 2011, or as soon thereafter as practicable;

2. Mr. Reyes's deadline to file his opposition to the SEC's motion shall remain set for February 4, 2000; and

//
//
//
//
//
//
//
//

1  3. The SEC's deadline to file any reply to Mr. Reyes's Opposition to its Motion for
2  Summary Judgment shall be extended to February 25, 2011.

4  Dated: February 3, 2011            COOLEY LLP

6                                     By:  */s/*
7                                     NEAL J. STEPHENS (152071)

8                                     Attorneys for Defendant
                                      GREGORY L. REYES

10 Dated: February 3, 2011            SECURITIES & EXCHANGE COMMISSION

12                                    By:  */s/*
                                      ROBERT S. LEACH (196191)
13
14                                    Attorneys for Plaintiff
                                      SECURITIES & EXCHANGE COMMISSION

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIP. & [PROPOSED] ORDER TO CONTINUE
HEARING ON SEC'S MOT. FOR SUM. JUDGMENT
CR-06-04435 CRB

**[PROPOSED] ORDER**

Having considered the stipulation filed by plaintiff the Securities & Exchange Commission ("SEC") and Defendant Gregory L. Reyes, and for good cause shown,

1. The hearing on the SEC's Motion for Summary Judgment, now scheduled for February 25, 2011, shall be continued to March 11, 2011, or as soon thereafter as practicable; and

2. The SEC's deadline to file any reply to Mr. Reyes's Opposition to its Motion for Summary Judgment shall be extended to February 25, 2011.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 3, 2011

_____
HONORABLE CHARLES R. BREYER

*IT IS SO ORDERED. Judge Charles R. Breyer*

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Subparagraph B, the undersigned attests that all parties have concurred in the filing of this Stipulation and [Proposed] Order Continuing the Hearing on Plaintiff Securities & Exchange Commission's Motion for Summary Judgment.

Dated: February 3, 2011       COOLEY LLP

By: /s/
NEAL J. STEPHENS (152071)

Attorneys for Defendant
GREGORY L. REYES

701285/SD