IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>GREGORY L. REYES, et al.,<br><br>   Defendant.<br>_____ / | No. C 06-04435 CRB<br><br>**ORDER VACATING HEARING ON MOTION FOR SUMMARY JUDGMENT AND SETTING CASE MANAGEMENT CONFERENCE** |

    Plaintiff's Second Motion for Summary Judgment (Dkt. 445) is presently scheduled for argument on March 11, 2011. The hearing on that motion is VACATED. The parties shall appear for a case management conference on March 11, 2011 at 8:30 a.m. in Courtroom 8.

**IT IS SO ORDERED.**

Dated: February 18, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\4435\Order vacating hearing and setting CMC.wpd