**CIVIL MINUTES**

**Judge CHARLES R. BREYER**

Date: **March 11, 2011** Time: 2 minutes

**C-06-04435 CRB**

**SECURITIES AND EXCHANGE COMMISSION v. GREGORY REYES**

Attorneys: Susan LaMarca ________________ Neal Stephens ______________

______________________________ ____________________________

Deputy Clerk: **BARBARA ESPINOZA** ________ Reporter: **Not Reported**

**PROCEEDINGS:** **RULING:**

1. Case Management Conference - Held ____________________ _____________

2. ______________________________________________________________ _____________

3. ______________________________________________________________ _____________

**ORDERED AFTER HEARING:**

________________________________________________________________________________

________________________________________________________________________________

( ) ORDER TO BE PREPARED BY: Plntf _____ Deft _____ Court _____

(X) Referred to Magistrate Judge Joseph C. Spero for: settlement conference ______________

( ) CASE CONTINUED TO ___________________ for _____________________________________

Discovery Cut-Off ______________________________ Expert Discovery Cut-Off __________________

Plntf to Name Experts by _________________________ Deft to Name Experts by ___________________

P/T Conference Date ________________ Trial Date ________________ Set for _______ days

Type of Trial: ( )Jury ( )Court

Notes: __________________________________________________________________________

________________________________________________________________________________

________________________________________________________________________________