UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>            Plaintiff(s),<br><br>      v.<br><br>GREGORY REYES,<br><br>            Defendant(s).<br>_____/ | No. C 06-04435 CRB (JCS)<br><br>**ORDER RE TELEPHONIC APPEARANCE OF INMATE AT SETTLEMENT CONFERENCE** |

TO ALL PARTIES, COUNSEL OF RECORD, AND PRISON PERSONNEL:

The above matter was referred to Magistrate Judge Joseph C. Spero for settlement purposes.

A Settlement Conference has been scheduled for **April 5, 2011, at 9:30 a.m.,** in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California.

Defendant Gregory Reyes, is currently incarcerated at Taft Correctional Center, 1500 Cadet Road, in the name of Gregory Reyes, Inmate Number 98008-111, in Taft, California. In order for the above-referenced conference to take place, the Court, and counsel for Defendant, must be able to confer with Defendant on April 5, 2011, beginning at 9:30 a.m., and continuing for the duration of the Settlement Conference. **The Court therefore ORDERS that Mr. Gregory Reyes be made available by telephone for the further settlement conference beginning at 9:30 a.m., and continuing for the duration of the conference.**

IT IS SO ORDERED.

Dated: March 25, 2011

_____
JOSEPH C. SPERO
United States Magistrate Judge