# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

**CASE NO. C 06-04435 CRB (JCS)**

**CASE NAME: SECURITIES AND EXCHANGE COMMISSION v. REYES ET AL**

**MAGISTRATE JUDGE JOSEPH C. SPERO** **COURTROOM DEPUTY**: **Karen Hom**

**DATE**: **April 5, 2011** **TIME: 1.5 H** **COURT REPORTER**: **Not reported**

**COUNSEL FOR PLAINTIFF:**
**Robert S. Leach**

**COUNSEL FOR DEFENDANT:**
**Neal Stephens**

---

**PROCEEDINGS**

[X] SETTLEMENT CONFERENCE - HELD.

[ ] FURTHER SETTLEMENT CONFERENCE

[ ] DISCOVERY CONFERENCE

[ ] STATUS CONFERENCE RE:

[ ] TELEPHONIC CONFERENCE RE:

[ ] OTHER:

CASE CONTINUED TO:_____________FOR______________________

NOTES:

cc: Chambers
*T=Telephonic Appearance